NUNC PRO TUNC
10/22/20

**FILED**

Oct 23 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ Julieo          DEPUTY

1   Sophia Segal (pro se)
    E-mail: sophiamedium@mac.com
2   4639 Lehrer Drive
    San Diego, CA 92117
3   Telephone: 858-220-0465

4   Plaintiff Pro Se
    SOPHIA SEGAL

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10  SOPHIA SEGAL,                    )   **Case No.  '20CV1382 BAS JLB**
                                     )
11            Plaintiff,             )
                                     )   **COMPLAINT**
12        v.                         )
                                     )   *Jury Trial Demanded*
13  JASON SEGEL, an individual, THE  )
    JASON SEGEL COMPANY, a           )
14  Delaware corporation, KIRSTEN    )
    MILLER, an individual, RANDOM    )
15  HOUSE LLC, a limited liability   )
    company, ONEWORLD               )
16  PUBLICATIONS, an entity of unknown )
    type, and DOES 1 through 10,     )
17                                   )
            Defendants.              )
18  _____     )

19

20        Plaintiff Sophia Segal, for her Complaint against Defendants [list], alleges as

    follows:

21
          1.    This is an action for copyright infringement and trademark infringement
22
    based on defendants' unauthorized use of plaintiff's copyrighted scripts and
23
    treatments, and the OTHERWORD trademark, in Defendants' books and other media.
24
                        **NATURE OF THE ACTION**
25
          2.    Defendants' OTHERWORLD Book Series, marketed, distributed,
26
    published, and globally sold as "OTHERWORLD" (Otherworld Book 1) with
27
    subsequent, consecutive derivatives, recently retitled as "OTHEREARTH" (originally
28
    known as Otherworld Book 2 in the series) and "OTHERLIFE" (originally known as

Otherworld Book 3 in the series) is derived as an original fantasy/science fiction/horror action-thriller series taking place in a virtual world titled "OTHERWORLD" yet in reality, the Book Series is commonly recognized to many as an unoriginal work.

3.     OTHERWORLD Book Series is first discovered by Ms. Segal at San Diego Comic-Con on July 22, 2017, predominantly featured in a glass display case on the convention floor by Random House Publishers (SDCC Vendor). After approximately one week of in-depth reading Sophia Segal was able to confirm and identify trademark and copyright infringements on July 29th, 2017. At a later date, after vigorous analysis from reading the book another seven times, Ms. Segal was able to identify which screenplay and treatment drafts were accessed and copied. Also, identify, repetitive patterns of copying, frequency of use, and distinct plagiarism styles.

4.     Plagiarized elements copied (with repetitive frequency) from Sophia Segal's original Intellectual Property OTHERWORLD include; the theme, storyline, tone, mood, pacing, consecutive sequences of events, and distinct world building elements such as; descriptive scene staging, settings and locations, camera and lighting cues (from action blocks), character actions, dialogue, character traits, as well as copyrighted characters designs created by Sophia Segal.

5.     Sophia Segal is the owner of registered "Otherworld" and "Otherworld is Just One World Away" trademarks in International Class 16 (printed series of fictional screenplays, printed matter, magazines, books, etc.) By virtue of said trademark registration, she is the sole owner of all rights and interest in and to the name "Otherworld" and "Otherworld is Just One World Away" in Class 16 and all related classes of goods. Furthermore, Ms. Segal has been using the Trademark in interstate commerce continuously since April 3, 2013. As legal owner of these Trademarks, Ms. Segal is entitled to prevent others from using a similar trade name, which is likely to

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-2-

1    cause confusion in the market place, be it public or within known industries of

2    commerce.

3        6.    Defendants are using the trademark "Otherworld," on books (and in other

4    ventures, including but not limited to, virtual reality projects) without authorization.

5    Continued use after being put on notice  (Dec 1. 2017) constitutes intentional

6    trademark infringement in violation of the Lanham Act U.S.C.A. §1125. In addition

7    Defendants are also engaging in copyright infringement.

8                            **JURISDICTION AND VENUE**

9        7.    This is an action for monetary damages and other relief under the laws of

10   the United States.

11       8.    This Court has jurisdiction over the subject matter of this action under 28

12   U.S.C. § 1331 (federal question) and § 1338 (copyright).

13       9.    This Court has personal jurisdiction over defendants because each of

14   them is registered by, doing business in, and maintains a principal place of business in

15   the State of California, and each of them has caused injury to plaintiff and his

16   intellectual property within this judicial district. Venue in this judicial district is

17   proper, either under 28 U.S.C. § 1391(b)(1) and (b)(2), as well as 28 U.S.C. § 1400(a).

18                                   **PARTIES**

19       10.   Plaintiff Sophia Segal is an individual and citizen of, and resides in, the

20   State of California, in the County of San Diego, and is and at all times has been a

21   citizen of the United States.

22       11.   Plaintiff is informed and believes and based thereon alleges that the

23   fictitiously named Defendants captioned hereinabove, inclusive, and each of them

24   (hereinafter "DOE(S)") were in some manner responsible or legally liable for the

25   actions, damages, events, transactions and circumstances alleged herein. The true

26   names and capacities of such fictitiously named defendants, whether individual,

27   corporate, associate, or otherwise are presently unknown to Plaintiff, and Plaintiff will

28   amend this Complaint to assert the true names and capacities of such fictitiously

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

1   named Defendants when the same have been ascertained. For convenience, each

2   reference herein to a named Defendant or to Defendants shall also refer to the Doe

3   Defendants and each of them.

4       12.   Plaintiff is informed and believes and based thereon alleges that each of

5   the Defendants was the agent, partner, servant, employee, or employer of each of the

6   other Defendants herein, and that at all times herein mentioned, each of the

7   Defendants was acting within the course and scope of such employment, partnership

8   and/or agency and that each of the Defendants is jointly and severally responsible for

9   the damages hereinafter alleged.

10   **OTHERWORLD SUBMISSIONS**

11   **Defendant Accessibility and Exploitation**

12       13.   Ms. Segal completed the first written draft of Otherworld

13   (Otherworld_Draft 5_12.5.12.pdf) on December 5th, 2012. Sophia Segal is cordially

14   invited (via email) to join The Black List on October 15th 2012, two days after an

15   article is published online, on December 13th, 2012 by WIRED.com, featuring

16   Franklin Leonard, owner of The Black List. Ms. Segal became a member of The

17   Black List on January 6, 2013. An updated draft of Otherworld

18   (Otherworld_Final_Draft#11_3_2_13_SophiaSegalcopy) was uploaded to The

19   Black List on April 2nd, 2013. The script was approved on April 3rd, 2013.

20       14.   THE BLACK LIST, a year-end roster of hot unproduced script

21   crowd sourced by hundreds of movie execs, has become a…accurate hit movie

22   forecaster since it launched in 2005, with more than 200 of its featured scripts

23   collectively earning $16 billion in worldwide box office sales. Now, The Black List

24   has launched a website where screenwriters can submit their works and have them

25   evaluated by industry professionals to create an accessible, real-time version of the

26   Hollywood screenplay pick list. In the same article, Leonard states, "We're delivering

27   the best scripts directly to the hundreds of people who can help get them bought and

28   made." *See* https://www.wired.com/2012/12/black-list-website-script/).

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-4-

15.    The Black List website (blcklst.com) is a site that permits "selected" writers to host their scripts online for industry members to view. By "industry", that includes people like agents, managers, producers, directors, actors, all those people's assistants, studio heads, and agency represented (WGA) writers. Hosted scripts are also submitted through online portals for potential screenplay deals and writing contracts with renowned film studios and production companies.

16.    Jason Segel, and WME agency maintain free access to screenplays on The Black List due to professional industry status. Jason Segel and his agents at WME have ongoing business connections with The Black List due to Jason Segel starring in two film productions: Sex Tape (2011) and End of Tour (2013) originating from screenplays (by writers) featured on The Black List. Defendant, Jason Segel and his agents have direct access to Black List writers and hosted projects on the website (via a searchable database), which includes Sophia Segal's screenplay profile for OTHERWORLD. Kirsten Miller, co-writer of Book Series is also represented by a literary agent at WME (same agency as Jason Segel) and has free access to The Black List website as a writer. *See* https://www.mindymcginnis.com/blog/an-sat-with-kirsten-miller-author-of-the-eternal-ones (May 13th, 2011).

17.    After Ms. Segal becomes a member of The Black List on January 6, 2013, her Otherworld screenplay draft is uploaded to the website on April 2nd and is approved for commerce on April 3rd, 2013, Ms. Segal began submitting her original script through The Black List portals for potential sales of her screenplay. For the next two years, Ms. Segal scheduled business meetings with top-talent, famous composers, studio executives, and film producers at billion-dollar grossing film companies. Ms. Segal also sought representation as a screenwriter at top agencies in Hollywood. On August 6th 2015, Ms. Segal sends an email submission (with attached legal letter and screenplay treatment) to the Creative Artists Agency, immediately catching the attentions of a top literary agent.

-5-

18.    On August 21st and 22nd, 2015, Ms. Segal emails submissions to WME agents: Ari Greenburg, Danny Greenberg, Adriana Alberghetti, Mike Simpson, Rich Cook, and Theresa Kang with attached legal letter and link to her Otherworld script on The Blacklist. On August 27th, 2015, Ms. Segal emails submissions with attached legal letter and *Otherworld* materials (screenplay treatment titled *Otherworld Teaser*) to seven more WME agents: Jeff Gorin, Kimberly Bialek, Rich Klubeck, Robert Newman, Roger Green, Larry Salz, and Bec Smith. Detailed information in Ms. Segal's submissions, not only provided agents access to digital copies of *Otherworld* materials (screenplay treatment titled *Otherworld Teaser*), but directed agents to her screenplay hosted on The Black List. It was at this time, Ms. Segal's Intellectual Property became known, and freely shared among WME agents, which resulted in the Defendant, Jason Segel gaining access not only to Ms. Segal's submitted materials (screenplay treatment titled *Otherworld Teaser*), but access to her screenplay hosted on The Black List.

19.    Due to Defendant, Jason Segel and his agency (WME) maintaining free access to all the unproduced screenplays on The Black List, and Jason Segel and WME's ongoing business connections with The Black List, Jason Segel already exhibits a direct means of (online) access to Ms. Segal's Intellectual Property (and writer profile) on The Black List. Not only did the Defendant, Jason Segel have direct access through digital means by which he could freely access Ms. Segal's Intellectual Property materials (screenplay) online at The Black List, but he also had means of digital access to Ms. Segal's Otherworld submission (screenplay treatment titled *Otherworld Teaser*) through personal agency connections, by which he was also able to freely access through digital and/or hard-copy means. Defendant, Jason Segel, utilized Ms. Segal's Otherworld screenplay treatment as a 'descriptive blue-print' to construct another treatment 'behind' his writing partner's back, to pitch the Book Series 'idea' as his own to (co-writer) Kirsten Miller, who in turn gained and shared access to Ms. Segal's Intellectual Property materials. This re-written treatment was

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-6-

then used by the Defendant, Jason Segel as a means to pitch Ms. Segal's Intellectual

Property as his original "idea' in the form of an 'elevator-pitch' to Beverly Horowitz

(VP of Delecorte Press), who brokered the Random House deal for the Book Series

without Ms. Segal's knowledge or legal consent, all in a matter of a four months after

Ms. Segal first submitted her Otherworld materials to WME agents in hopes of

seeking representation for her many years of effort in creating an original Intellectual

Property for which she retains several trademarks and copyrights.

20.     Shortly after Ms. Segal discovered the theft and exploitation of her

Intellectual Property in late July 2017, she discovers the Defendant, Jason Segel is

represented by WME. In June of 2020, Ms. Segal discovers a blog article written by

Mindy McGuinnis (written on May 13, 2011), featuring writer Kirsten Miller. In the

interview Kirsten Miller mentions her WME Literary Agent, Suzanne Gluck. *See*

https:///www.mindymcginnis.com/blog/an-sat-with-kirsten-miller-author-of-the-

eternal-ones. The discovery, and knowledge of pre-existing inter-connected parties

and businesses partners points to more than just a 'bare possibility' that Defendants

had a clear means of access to Ms. Segal's Intellectual Property. Ms. Segal's

Intellectual Property (Otherworld) submissions are executed with focused intent;

specifically chosen agencies, agents, talent and creative professionals are targeted for

direct contact. All business meetings related to Ms. Segal's Intellectual Property are

recorded and tracked. Otherworld screenplay drafts uploaded to the Black List, and

submitted either by certified mail (as hard-copies) or sent via email (as digital copies)

to talent or literary agencies are also tracked. Each screenplay and treatment draft

contains very specific key words, descriptive text, phrases, and dialogue, 'descriptive

markers' identifiable to that particular draft. Each updated (and selected) screenplay

and treatment draft that goes into circulation for submissions contain these specific

descriptive markers for identification. By this signature tracking system, Ms. Segal is

able to identify which screenplay and treatment drafts are subject to theft and

infringement. Ms. Segal's Intellectual Property (Otherworld) submissions are also

COMPLAINT

attached with legal letters and NDAs. It is also more than just a 'bare possibility' that one of the two (top) agencies Ms. Segal choose to submit her Intellectual Property materials to, is one of the agencies (WME) that represents not one, but two of the Defendants, Jason Segel and Kirsten Miller, co-writers and pre-existing business partners, each claiming co-creation of an original Book Series titled *Otherworld* that infringes upon Ms. Segal's Intellectual Property trademarks and copyrights.

21.    An interview with Jason Segel in The Great Big Beautiful Podcast (Ep. 159) uploaded to Youtube on Dec 7, 2017, Segel states how his relationship with Kirsten Miller began due to being represented by the same agency (WME). *See* https://www.youtube.com/watch?v=QJeIir8Q5XQ. THE GREAT BIG BEAUTIFUL PODCAST (transcript excerpts)… @14:00, Interviewer: *"There's a big difference between writing a screenplay and writing a novel…"* @14:41, Segel: *"…But, like you said, it's a totally different medium and I had no idea how to do it. So, I got introduced to Kirsten Miller…book writer… and, we sort of formed this collaboration and she helped me adapt the script…"* @ 14:55, Interviewer: *"Yeah, I was gonna ask how you got hooked-up with her originally? Segel: "We're both at the same agency…"*

22.    Approximately four months after Ms. Segal submitted *Otherworld* materials to CAA and WME in August of 2015, an exclusive press release is published by The Hollywood Reporter on Dec 17th, 2015 announcing Jason Segel's and Kirsten Miller's new YA (young-adult) book series *Otherworld* as their second kids book deal with Random House, the world's largest English-language children's trade book publisher. *See* https://www.hollywoodreporter.com/bookmark/jason-segel-signs-second-kids-849816.

23.    Two days later a very similar article is published by Dark Faerie Tales on December 19th, 2015. *See* http://darkfaerietales.com/publishing-news-otherworld-jason-segel-kristen-miller.html. The article discloses a three-book YA deal announced by Beverly Horowitz, Vice President, and Publisher at Delacorte Press. And, also

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-8-

states, Delacorte Press, an imprint of Random House Children's Books, has acquired and will publish a young adult series by actor, author…Jason Segel and author Kirsten Miller…"We were thrilled when Jason shared…that he had a new series idea. We knew that OTHERWORLD would be the perfect next project," says Horowitz."

24.    Another press article published on July 21, 2017 by The Bookseller website, the day before Ms. Segal discovers the Otherworld Book Series at SDCC on July 22, 2017. The article headline reads: Segel's sci-fi series sells to Oneworld for six figures. *See* https://www.thebookseller.com/news/jason-segel-rock-boat-595116. The article also reads; "Oneworld has paid six figures for a YA trilogy by US actor and screenwriter Jason Segel and his writing partner Kirsten Miller, and goes on to state, "Commissioning editor Shadi Doostdar acquired UK and Commonwealth rights to the Otherworld trilogy, Segel's first series aimed at young adults, in a six-figure deal - the highest the double Man Booker Prize-winning publisher has paid for an author." Since announcing the high, six-figure book deal, Oneworld Publications secured a new distribution deal with Simon and Shuster, adding to its roster of global distribution partners. Oneworld Publications roster of global distribution partners is visibly listed on the website. *See* https://oneworld-publications.com/international-sales-and-distributors. A recent press blurb published on Publishers Weekly (January 3rd, 2020) states; U.K. publisher Oneworld Publications has signed a new distribution deal with Simon & Shuster U.S., which will sell and distribute all its titles in the United States and Canada, effective immediately. This new deal includes the distribution of the infringing Otherworld Book Series. *See* https://www.publishersweekly.com/pw/newsbrief/index.html?record=2546.

25.    Due to the fast-track nature of the Book Series being pitched, publicized, and published without Ms. Segal's knowledge, and without proper regard for Ms. Segal's existing Intellectual Property trademarks and copyrights, or her right to legal authorization or consent, Random House openly demonstrates that the necessary protocols of legal clearance at the beginning stage of book publishing does not apply

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

1   to Defendants, Jason Segal and Kirsten Miller, that they are somehow exempt from

2   following the legal moral standards set forth by the global publishing community in

3   which both writers and publishers are held equally liable for infringing upon the rights

4   of known trademark and copyright owners. Without directly contacting Ms. Segal, nor

5   reaching out to her presiding attorney (at the time), Random House bypasses all

6   standard legal protocols and releases an unedited advanced reader copy of Otherworld

7   Book Series to the press and public, seven months before the slated publishing date of

8   November 7, 2017 (as seen in advanced copy). The "NOT FOR SALE" advanced

9   copy was then uploaded to the Internet and sold by book collectors for early sales,

10  months before Ms. Segal spotted the Book Series at San Diego Comic-Con in July

11  2017. The original publishing date for Otherworld, first book of the Book Series was

12  reported as early 2018, in an article published by Dark Faerie Tales on December 19th,

13  2015. The article's lead in sentence reads; *"Otherworld, a young adult trilogy, to be*

14  *co-authored with Kirsten Miller and published beginning in 2018"*. See

15  http://darkfaerietales.com/publishing-news-otherworld-jason-segel-kristen-

16  miller.html. (Article has since been taken down from the Internet). After the Book

17  Series was discovered at San Diego Comic-Con, a new publishing date was

18  announced for Nov 1st, 2017. Shortly thereafter, the new publishing date, October 31st,

19  2017 was announced.

20      26.     Just months after Defendants are put on notice on Dec 1. 2017,

21  Defendants change the main titles of each individual book (in Book Series) by adding

22  a new subtitle (Last Reality) to minimize the scope of infringement. The Book Series

23  originally marketed as "Otherworld Book Series" with the first book of the series

24  titled "Otherworld" and online search keywords as; Otherworld Book Series,

25  Otherworld (Book #1), Otherworld (Book #2), and Otherworld (Book #3), are now

26  retitled as: Otherworld (Last Reality), Otherworld (Last Reality, #1), Otherworld (Last

27  Reality Series, #1). The second book in the series, Otherworld (Book #2) is now

28  retitled as; OtherEarth, OtherEarth (Last Reality), OtherEarth (Last Reality, #2),

1   OtherEarth (Last Reality Series, #2) and the third book of the series, Otherworld Book

2   #3 is now retitled as; OtherLife, OtherLife (Last Reality), OtherLife (Last Reality, #3),

3   OtherLife (Last Reality Series, #3).

4        27.    The Wikipedia page for Book Series co-writer, Kirsten Miller also

5   changed. (Last edited on June 7, 2020). The original Book Series title (Otherworld) is

6   not listed in the main bio as her latest work. The Book Series is now re-titled as "Last

7   Reality" with subtitles; Otherworld, OtherEarth and OtherLife and only appears on the

8   webpage under: List of Works. *See* https://en.wikipedia.org/wiki/Kirsten_Miller. The

9   Wikipedia page for Jason Segel lists the following information about the Book Series

10   (last edited, August 21, 2020). "In 2017, Segel and Miller released their first young

11   adult novel, Otherworld." There is no mention of Otherworld as a Book Series

12   (trilogy), nor does the site mention (or list) the newly changed Book Series titles (and

13   added subtitles).

14        28.    Plaintiff is informed and believes and based thereon alleges that

15   Defendant Random House served as the procurer, publisher, and distributor of the

16   Book Series. Defendant Oneworld Publications procured and distributes the Book

17   Series, alongside a roster of partner global distributers; Defendant Jason Segel is

18   credited as the main writer of the Book Series and Defendant Kirsten Miller is

19   credited as co-writer to the Book Series.

20                   **THE INTELLECTUAL PROPERTY**

21        29.    The Intellectual Property centers on two main protagonists, Alethea and

22   Julian. Alethea's brain and body are damaged by a horrific accident (hit by a car in a

23   crosswalk) severe brain injuries induce a coma, paralysis, and locked-in syndrome.

24   The traumatic event (altering near-death experience) triggers her fragmented psyche,

25   catapulting her into an otherworldly terrain. While her body clings to life, her mind

26   undergoes a phantasmic quest. A fantastic world of visions, surrealistic landscapes,

27   and dreamlike terrains inhabited by hostile spirits, strange creatures, odd archetypes,

28   and vaguely familiar beings from the past, present, and future lead her on a powerful,

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-11-

and harrowing tool gathering mission towards psychic awakening. With the help of otherworldly guides, she begins a perilous journey to retrieve supernatural powers to destroy dark forces and ward-off impending death.

30.     At 11:11 PM, Alethea wakes from a childhood nightmare with a silent scream, to a surprise visit by two Otherworld guardians (impeccably dressed, aging gangsters). As promised, they've returned to escort her to The Gateway, a hidden portal to Otherworld accessible only to two chosen initiates seeking the deeper terrains of Otherworld (virtual world). Meanwhile, on the darker side of town, Julian, a rogue Station agent, searches for the entrance (watery windswept portal) to Otherworld. With the influence of supernatural forces, synchronistic events, and help from surprise allies (cloaked as adversaries) Julian's psychic connection strengthens and his proximity to Alethea quickens. Visions, dreams, and conjured images propel him on a violent and deadly, obstacle-filled journey through fantastic, dreamlike terrains inhabited by (the same) hostile spirits, dark entities, odd creatures, and familiar beings (known to Alethea). With an important text in hand, Julian makes his way (assisted by a cloaked ally) to an undisclosed power plant facility, where he assumes the identity of another and accesses a metal service door into a off-limits area. On a mission to find Alethea and the Gateway, Julian navigates maze-like interiors, subdues vigilant guards, and turns adversaries into secret allies, before breaching the portal to Otherworld (with Alethea at his side). Prompting notable scripted dialogue in the screenplay, spoken by Mademoiselle Femmale at the entrance of the Gateway, *"The journey begins."*

31.     Alethea and Julian's individual quests come to a climactic-crescendo. In a matter of hours, they'll breach The Gateway's portal and enter Otherworld together, secretly empowered for the treacherous mission ahead: the eradication of Sir Real (creator of Otherworld). A bright sun fills the screen. A strange looking Otherworld guide patiently waits for their arrival in a vast desert landscape. The Watcher, a towering half-man/half-animal creature with hollow-eye sockets, hollow-nose bridge,

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-12-

leather tunic, and twisted walking staff looms above their tiny bodies. Alethea and Julian lay covered in sand and dust, their hair and clothing altered by pale-blue streaks from the portal. They wake to new psychic gifts and newly formed selves, as secretly powerful children (allies). Their new Otherworld guide (The Watcher) patiently waits for them in a vast desert landscape. Large written text welcomes them to Otherworld along with their guide's name. The Watcher was sent by The Others to fetch them, and has been expecting their arrival for some time. Having no other choice but to follow, Alethea and Julian travel alongside their mysterious guide into the deeper, and more dangerous terrains of Otherworld.

32.     Prompting scripted dialogue for the screenplay spoken by Julian (as a young boy), "This is Otherworld?" Julian and Alethea reluctantly travel alongside their guide into the deeper, and more dangerous terrains of Otherworld. Having crossed over into Otherworld (end of Episode I) with guardians and allies watching over, the mission continues as they search for new Otherworld inhabitants to assist them in overcoming a virtual world riddled with hostile predators and dark entities. Alethea and Julian finally unite and combine forces (in Episode II, and onward) with their newfound allies to eradicate an omnipotent evil power that seeks to lead them, and the inhabitants of Otherworld to horrific, tragic deaths.

33.     Early inception of "Otherworld" by Ms. Segal originates from a copyright Sound Recording (Registration Number: SRu000391021) dated August 8, 1998, Titled: Medium: Otherworld (created by Sophia Segal). This copyright indicates the first use of "Otherworld" content in an original creative work that connects directly to Ms. Segal's copyrighted *"Otherworld Original Series."*

34.     Ms. Segal completed the copyright filings for *Otherworld Original Series* on April 15, 2015 (Registration Number: TXu 1-985-200) and *Otherworld* on July 24, 2015 (Registration Number: TXu 1-987-801). Ms. Segal completed trademark filings for *"Otherworld"* and *"Otherworld is Just One World Away"* on March 11, 2015. *See* Registration Number:  4,917,866, and Registration Number: 4,917,868.

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

35.     General and limited Otherworld "project" information remains visible on Sophia Segal's website page titled "Projects." The webpage contains mission statements, and marketing information for Otherworld Original Series. Otherworld's main genre is listed as: Fantasy (Action) Thriller, with sub-genres: Sci-fi and Supernatural Horror. Other webpage content includes; Otherworld Episode I log line, copyrighted character designs, and inspiration behind the project. However, more detailed information is only contained within the Otherworld Show Bible, production look-book, and screenplay treatment. Otherworld Series log line and show-spoiler content is only disclosed in the Otherworld Treatment ("Teaser Packet") and Show Bible, and is not intended for public consumption, but for industry submission purposes only.

36.     The "Projects" webpage also states; ""Otherworld - The Gateway" was originally drafted as a short film many years ago. Since inception, the script has amassed into a full-length screenplay (accompanied by supporting documents; treatments, detailed show bible, and production look-books)."

37.     The "Projects" webpage goes on to state; "Otherworld was conceived in 1998 when I published my first musical project under the band name MEDIUM. The debut experimental rock (opera) CD was titled Otherworld. *See* Sound Recording Registration Number: SRu000391021 (August 8, 1998). On January 13th, 1999, I was hit by a car in a crosswalk in Seattle...The event (near death experience) was a dramatic turning point in my life. I immediately began scribing my physical healing process and my internal awakening process. After years of dedicated healing and a move back to Southern California, I followed up with a vocal demo titled "Lepers of Wisdom" which contains connective roots to the psychic terrain and visual landscape of Otherworld. The filmmaking vision for Otherworld has been many years in the making. "Otherworld - The Gateway" and "Otherworld - The Journey Begins" are the first two episodes of the series..."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-14-

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

38.     Other text on the webpage hi-lights marketing information: "Otherworld has far-reaching (ROI) potential. My innovative concept can penetrate multiple revenue streams through cross-platform entertainment which include; original television series, feature film franchise, animated features, video games, mobile applications, virtual and augmented reality experiences, theme park adventures, graphic novels, comic books, toys, apparel, and general product licensing and merchandising." Added industry information states; "I was invited to join The Black List on April, 3rd, 2013. The industry website hosts my screenwriting endeavors. The webpage for "Otherworld - The Gateway" is in (virtual) suspension while seeking representation. Additional text relating to Otherworld is visible on another webpage titled "Vocals." Webpage text states; "Lepers of Wisdom, is my latest vocal demo to date, following my vocal debut on Otherworld. Carefully chosen compositions serve as supportive musical backdrops/soundscapes to my vocal dubs...Most of the songs on LOW were written when recovering from a car accident in Seattle, WA... a memorable near-death experience in a cross walk that changed the course of my life.

39.     While Ms. Segal's professional website offered brief, general, and limited information about Otherworld, tracked submissions for Otherworld to industry professionals contained the following detailed documents and materials; non-disclosure agreements, personal cover letter, legal letter, Otherworld treatment ("Teaser Packet"), digital screenplay copy (watermarked and dated), additional script samples, or full-length script digital copies, as requested by agent assistants or department officials for further consideration of representation.

40.     Excerpts from the legal submission letter express the following; "...Sophia Segal's has requested and authorized...to submit a sample of her screenplay "Otherworld"...for...consideration. Sophia is seeking to develop this screenplay as an original cable series or feature film franchise that will not only include future product merchandising, but feature multi-media platforms of entertainment... We are submitting a query letter with a fourteen page "Teaser Packet" that includes generous

-15-

samplings of character dialogue, original character designs and illustrations, show series log-line, and "Otherworld - The Gateway" Episode I log-line and synopsis."

41.     The legal letter goes on to state, "…client wishes to develop partnerships with talent representatives and producers interested in her unique material. The screenplay "Otherworld" is a fictionalized adaptation from previous published works, and is based on autobiographical events. Sophia is currently working on episodic sequels to this work, the second being "Otherworld - The Journey Begins"… Sophia has already registered her various published works, screenplays, and other creative works for copyright protection."

42.     OTHERWORLD show series and episode storylines are condensed into easily digestible copy (loglines), intended for industry submissions, hosted profiles, and professional websites.

43.     OTHERWORLD (extended) Show Series logline (show spoiler), as seen on "Teaser Packet" drafts used for agency submissions, "A collision with a car in a crosswalk catapults a woman into a coma. Locked deep inside, she undergoes a silent battle combating brain trauma…The altering effect of a near-death experience…triggers her mind, and sends her fragmented psyche on a…quest…A fantastic inner world of visions, surrealistic landscapes, and dreamlike terrains inhabited by strange creatures, odd archetypes, and vaguely familiar beings from the past, present, and future lead her on a powerful, yet harrowing tool gathering mission towards physiological healing and psychic awakening."

44.     OTHERWORLD (brief) Show Series logline (show spoiler), as seen on "Teaser Packet" drafts for submissions, "Just when Alethea thinks her life is back on track, she's struck by a car and falls into a coma. While her body clings to life, her mind undergoes a phantasmic quest in search of psychic powers to ward off death."

45.     OTHERWORLD (brief) Show Series logline (show spoiler), as seen on "Teaser Packet" drafts for submissions, Just when Alethea thinks her life is back on

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-16-

1  track, she's struck by a car and falls into a coma. While her paralyzed body clings to

2  life, her mind undergoes a harrowing phantasmic quest in search of psychic powers.

3       46.    OTHERWORLD (general) Show Series logline (show spoiler), as seen

4  on The Black List on Ms. Segal's screenplay profile intended for industry members

5  only, "A traumatic encounter catapults Alethea into a phantasmic world inhabited by

6  hostile spirits. With the help of otherworldly adversaries, she begins a perilous

7  journey in search of psychic powers to destroy dark forces and ward off death."

8       47.    OTHERWORLD - THE GATEWAY Episode I logline, as seen at The

9  Black List on Ms. Segal's screenplay profile intended for industry members only.

10  Listed as Pilot Logline, "In the eerie silence of the suburb, Alethea, an unemployed

11  artist with latent psychic abilities wakes from a nightmare to a surprise visit from

12  Otherworld Guardians. Across town, Julian, a rogue agent with similar gifts seeks a

13  toll bridge leading to a hidden passage known as The Gateway. Steered by

14  synchronistic events and supernatural forces, with help from unexpected adversaries,

15  two strangers on the same mystical path collide, not only as counterparts but as

16  initiates of Otherworld."

17       48.    OTHERWORLD - THE GATEWAY (Episode I log line) as seen on Ms.

18  Segal's IMDb.com industry profile, "EPISODE 1 (The Gateway) -- Alethea, an artist

19  with psychic abilities, wakes from a nightmare to a surprise visit from Otherworld

20  Guardians. Meanwhile across town, Julian, a rogue Station Agent with similar psychic

21  gifts, seeks a dangerous toll bridge leading to a hidden passage known as The

22  Gateway. Steered by supernatural forces, synchronous events, and the help of

23  unexpected allies, two strangers on the same secret mission collide, not only as

24  counterparts, but as initiates of Otherworld." OTHERWORLD - THE

25  GATEWAY (Episode I log line) is visible to all IMDb.com Pro members and

26  assigned administrators. The public has limited access to full listing of film titles,

27  loglines, and credits. *See* https://www.imdb.com/name/nm2247211/. *See*

28  https://pro.imdb.com/title/tt6028554/?ref_=nm_filmo_projindev_2.

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

49.     OTHERWORLD - THE GATEWAY (Episode I logline), as seen on Otherworld "Teaser Packet" drafts for submissions, "Alethea, a curious woman with hidden psychic talents wakes to a surprise visit by mystical beings from Otherworld. On the darker side of town Julian, a rogue agent with similar talents searches for the entrance to Otherworld. He later encounters an Otherworld guide who will lead him to The Gateway corridor (watery windswept portal) to Otherworld, accessible to two chosen (Virtual Reality) initiates seeking to uncover the deeper secrets and terrains of Otherworld (virtual world).

50.     With the influence of supernatural forces, synchronistic events, and the help of unlikely adversaries (and allies), Alethea and Julian will cross each other's paths and enter Otherworld together.

51.     OTHERWORLD - THE GATEWAY (Episode I logline), as seen on Ms. Segal's professional website. *See* https://www.sophiasegal.com/projects/projects.html "In the eerie silence of the suburb, Alethea, an unemployed artist with latent psychic abilities wakes from a nightmare to a surprise visit from Otherworld Guardians. Across town, Julian, a rogue agent with similar gifts seeks a toll bridge leading to a hidden passage known as The Gateway. Steered by supernatural forces, synchronistic events, and surprise help from adversaries and unexpected allies, two strangers on the same harrowing mission collide, not only as intrinsic counterparts but as summoned initiates of Otherworld."

## THE BOOK SERIES

52.     The Book Series tells a story that is substantially similar, and in many ways identical, to that of "The Intellectual Property." The Book Series has two main protagonists, Kat and Simon.

53.     Kat's brain and body are damaged by a horrific accident (explosion). Severe brain injuries induce a coma, paralysis, and locked-in syndrome. The traumatic event (altering near-death experience) triggers her fragmented psyche, catapulting her into an otherworldly terrain. While her body clings to life, her mind undergoes a

-18-

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

phantasmic quest. A fantastic world of visions, surrealistic landscapes, and dreamlike terrains inhabited by hostile spirits, strange creatures, odd archetypes, and vaguely familiar beings from the past, present, and future lead her on a powerful, and harrowing tool gathering mission. With the help of otherworldly guides, she begins a perilous journey to destroy dark forces and ward-off impending death.

54.    Kat wakes from a nightmare with a 'partial' silent scream. Simon wakes at 11:41 PM, after eleven hours in Otherworld. Shortly, thereafter, Simon receives a surprise visit by his otherworldly guardian, an impeccably dressed, aging gangster (in his dream). Simon searches for the hidden entrance to Otherworld. He later encounters an Otherworld guide who will lead him to The Glacier (ice cave/tunnel) a hidden (watery windswept portal) portal to Otherworld accessible to two chosen (VR players) seeking to uncover the deeper secrets and terrains of Otherworld (virtual world).

55.    With the influence of supernatural forces, synchronistic events, and surprise help from allies (cloaked as adversaries), Simon's psychic connection strengthens and his proximity to Kat quickens.  Visions, dreams, conjured images, and premonitions propel him on a violent and deadly, obstacle-filled journey through fantastic, dreamlike terrains inhabited by (the same) hostile spirits, dark entities, odd creatures, and familiar beings (known to Kat). With an important text in hand, Simon makes his way (assisted by a cloaked ally) to an undisclosed power plant facility where he assumes the identity of another and accesses a metal service door into a off-limits area. On a mission to find Kat, Simon navigates maze-like interiors, subdues vigilant guards, and turns adversaries into secret allies before breaching the portal to Otherworld (with Kat at his side). Prompting scripted dialogue in the book, spoken by Simon, near the entrance of the Glacier, *"...where I began my Journey. Apparently that's where all Otherworld adventures begin."*

56.    Kat and Simon's individual quests come to a climactic-crescendo. In a matter of hours, they will enter Otherworld together, secretly empowered, for the treacherous mission ahead: the eradication of Milo Yolkin (creator of Otherworld).

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Along the way, Simon and Kat encounter a strange looking Otherworld guide: a half-man/half-animal creature with a hollow-nose bridge, leather tunic, and gnarled staff. Simon also comes face to face with a tall beast with hollow-eye sockets, flat-nose bridge, cloak, and leather loincloth.

57. Kat and Simon's individual quests come to a climactic-crescendo. They breach the Glacier portal together. A bright sun fills the screen. Laying on the ground, covered in sand and dust, hair and bodies altered (black and blue) from traveling through the portal, they wake to find powerful children allies secretly hidden within their midst. Their new Otherworld guide (avatar) has been patiently waiting for them in a vast desert landscape. Large written text welcomes them to Otherworld along with their guide's name. Moloch, and others are there to fetch them. The avatar has been expecting their arrival for some time. Having no other choice but to follow, Simon and Kat travel alongside their mysterious guide into the deeper, and more dangerous terrains of Otherworld.

58. Having crossed over into Otherworld (end of Book #1) with guardians and allies watching over, the mission continues as they search for new Otherworld inhabitants to assist them in overcoming a virtual world riddled with hostile predators and dark entities. Kat and Simon finally unite and combine forces (in Book #2 and #3) with their newfound allies to eradicate an omnipotent evil power that seeks to lead them, and the inhabitants of Otherworld to horrific, tragic deaths.

59. Select YA (young adult) book readers and bloggers obtaining a free, unedited advanced copy of the Otherworld, first book in the Book Series (from publishers and distributers) to generate hype for pre-orders and future sales, along with random Book Series readers, purchasing copies of Otherworld on or after October 31st, 2017 publishing date, publically divulge (industry only) show spoilers and show series loglines from Ms. Segal's Intellectual Property, as seen on Ms. Segal's Otherworld submission materials.

-20-

60.     Booklist Reviews 2017 September #2; "An accident…sends…Kat to the hospital, where she's diagnosed with locked-in syndrome… Simon uncovers…virtual reality gaming world known as Otherworld. Can Simon get…Kat…out before their virtual death? The best-selling duo behind the Nightmares! series will be touring in the wake of heavy publisher promotion, so grab spare copies while you can." PW Reviews 2017 *See*

https://library.essextech.net/eds/detail?db=edsgao&an=edsgcl.507359964&isbn=9781101939321.

61.     Horn Book Guide Reviews 2018 Fall; "After Kat is hospitalized for severe injuries, her mind is sent from her unresponsive body into the virtual reality game Otherworld, where Simon goes in search of her. He soon realizes the breathtaking fantasy world …holds many dangerous secrets." Booklist Reviews 2017. *See*

https://library.essextech.net/eds/detail?db=edsgao&an=edsgcl.507359964&isbn=9781101939321.

62.     Publishers Weekly Reviews 2017 September #3; "Then an accident leaves Kat in an unresponsive state. The only way for the two of them to connect now is through a new virtual reality game known as Otherworld…Simon plunges into Otherworld in search of Kat… he discovers bizarre realms dedicated to giving players exactly what they want—even if it kills them…Otherworld's creators and their exploitation of victims like Kat…" *See*

https://library.essextech.net/eds/detail?db=edsgao&an=edsgcl.507359964&isbn=9781101939321.

63.     "Kat…gets caught in an explosion that leaves her in the comalike "locked-in" syndrome. She and other comatose patients then receive special disks that enable them to enter…Otherworld. Simon grabs his own to find Kat in Otherworld and bring her back to consciousness…Simon's travels between Otherworld and reality trying to uncover what its true purpose is, and why…death in Otherworld will

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-21-

COMPLAINT

1    translate into death in the real world as well…" *See* https://www.avclub.com/jason-

2    segel-and-kirsten-miller-craft-an-engaging-vr-cau-1820158263.

3        64.    "…Kat is involved in an accident…she has…locked in

4    syndrome…enables Kat to access a virtual reality. However, nothing is as it seems,

5    Kat starts screaming (even though this is medically impossible) and Simon decides to

6    go into the virtual reality himself to find her and finally discover what's going on."

7    *See*

8    https://www.netgalley.com/book/118540/reviews?=r.updated&direction=desc&page=

9    2.

10       65.    Book reviewer mentions fantasy and thriller genres, the same genres

11   mentioned in Ms. Segal's screenplay treatment, in which the Intellectual Property is

12   marketed towards. The reviewer also mentions the blurring of reality and fantasy;

13   tonally and cinematically, which is a stylistic (screenwriting) thumbprint of Ms.

14   Segal's original world building style for Otherworld, and other previous works. The

15   reviewer writes, "The story takes place in both worlds, reality, and the Otherworld, so

16   while the Otherworld type stuff felt like a fantasy adventure, the stuff that takes place

17   in reality, which eventually seeps into Otherworld, is more of a contemporary

18   thriller…" *See* https://www.zachsyareviews.com/2017/10/blog-tour-book-review-

19   otherworld.html?m=0 (Blog page has since been taken down from the internet).

20       66.    Another reviewer also mentions the blurring of reality and fantasy. An

21   example given by the reviewer contains copied dialogue (and cinematic tone)

22   originating from Ms. Segal's screenplay which touches on the underlying themes of

23   the Intellectual Property posing the questions; 'What is real?" and 'What is reality?'

24   and "Can one decipher the difference?" The book reader also points out repeated use

25   of key descriptive dialogue (in book) that originates from the Intellectual Property.

26   The book reviewer writes, "…in Otherworld, the line between reality and VR is

27   blurred. For example, at one point in the book the main character is talking to

28   a…character…who has become aware of his own existence. The main character refers

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-22-

1  to 'the real world'… He claims the VR world…is the real world to him. There are

2  multiple exchanges like this…" *See*

3  https://www.goodreads.com/review/show/2141577842?book_show_action=false.

4      67.     Another book reviewer mentions the thriller genre, show series spoiler;

5  Alethea is in a coma, comments about Episode I cinematic pacing, and descriptive

6  elements written in the screenplay. "It's a cinematic techno-thriller…world building,

7  pace and 'Coma'-like jeopardy…reads like it could be lifted from the pages and

8  placed onto the screen." *See* https://queensofgeekdom.com/2017/08/01/otherworld-

9  written-by-jason-segel-and-kristen-miller/.

10     68.     Another reviewer divulges more show series spoilers; Alethea is

11  paralyzed, and has locked-in syndrome, and mentions Episode I cinematic pacing

12  originating from Ms. Segal's Intellectual Property and Otherworld submission

13  materials.

14     69.     Amazon Review: *"Disappointing Start to a YA science fiction series"*

15  Finally, we get to the main storyline. Kat is in an accident that leaves her with locked-

16  in syndrome and Otherworld is a game she can play to escape her paralyzed body.

17  Then Simon figures out that something isn't right about Otherworld, he spends the

18  rest of the book…trying to find Kat.

19     70.     Another reviewer divulges original world-building elements, main and

20  supporting character storylines, and key descriptive dialogue (in book) originating

21  from Ms. Segal's Intellectual Property and Otherworld submission materials.

22     71.     Amazon Review: *"A dangerous and addictive read"*

23  "… players can feel real pain if they get hurt in the game, and not only that but when

24  they die in the virtual reality, they will never wake up again. Suddenly… the lands and

25  creatures and other world become far more sinister… it's a real-life fight to the

26  death… there are other players… stuck in Otherworld… then there are those…that

27  want to keep the truth of Otherworld hidden and so they do everything within their

28  power to ensure that Simon, Kat and the others never make it out… like it's title

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-23-

1  foreshadows, Otherworld really is something else... it's also another thing entirely.

2  It's a dangerous and addictive world, for...the characters...where nothing is quite

3  what it seems..."

4      72.    While another book reviewer cleverly expresses distinct structural

5  elements; world-building thumbprints unique to Ms. Segal's Intellectual Property, and

6  mentions reading numerous book reviews that state the Book Series is a blatant

7  derivative.

8      73.    Amazon Review: *"Leave your world behind"*

9  "It's odd...as the reader you come to feel as though Kat is the main protagonist and

10  you're following a side character, which is an interesting perspective. Kat definitely

11  does her own thing... a strong female presence... Otherworld adds unique world

12  building and fills that world with strange and wondrous creatures...I've seen a decent

13  amount of negative reviews that state that the book is blatantly derivative..."

14      74.    Despite the glaring similarities between Ms. Segal's Intellectual Property

15  and the obviously derivative Book Series, Defendants never bothered to seek or obtain

16  a customary trademark license from Plaintiff during the rudimentary "clearance"

17  stage, nor did Defendants seek to contact Ms. Segal for her authorization or properly

18  credit Ms. Segal for the Book Series prior to pressing, publishing, and releasing

19  advanced copies of the Book Series to the press, industry related forums, and the

20  public. Instead, the Book Series is credited, as purportedly written solely by Jason

21  Segel and Kirsten Miller.

22      75.    Set forth below, are excerpts from WIPO (World Intellectual Property

23  Organization) Managing Intellectual Property in the Book Publishing Industry, a

24  business-oriented information booklet (Pg. 44) *See*

25  https://www.wipo.int/edocs/pubdocs/en/copyright/868/wipo_pub_868.pdf.

26      76.    **Warranties and indemnities**

27      77.    This is an essential and customary provision of all authors' and supplier's

28  contracts. What a publisher should get a creator to do is to promise (guarantee or

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-24-

'warrant') that the material he is providing for the publisher to publish is 'trouble-free' and will not leave that publisher open to legal redress once the work is published...Secondly, he must promise that the work is original and belongs to him – in other words, it has not been copied and/or plagiarized. Thirdly, he needs to provide material that does not have third-party problems within it, such as copyright items included without permission...As we have seen, the responsibility for accurate and trouble-free publishing is shared between author and publisher, so although a publisher might request the author to share in the cost of settling a dispute, the approach to problems of this kind is usually mutual.

78.     As written in the WIPO (World Intellectual Property Organization) Managing Intellectual Property in the Book Publishing Industry, a business-oriented information booklet, *"...permission must be sought and granted before such items can be published in the new work. The rights owners will need to be identified; they must give their consent; they need to stipulate what fee, if any, should be paid, and they will specify what form the acknowledgement should take and where it should be placed...* **principle of permission clearance** is the same whether the item is a text extract, a poem, a diagram or piece of artwork, a photograph, or material from a website. As emphasized in the first section, rights owners have the right to authorize use of their material – **or not.** In other words, they can refuse to grant permission, and they do not have to give a reason. They can also charge whatever they want for the re-use anyone may wish to make of their intellectual property...So long as the re-use is not inappropriate, or does not in some way threaten the rights owner's position (by competing with an existing commercial exploitation of their work, for example)." *See* https://www.wipo.int/edocs/pubdocs/en/copyright/868/wipo_pub_868.pdf (Pg. 47).

79.     Plaintiff is informed and believes and based thereon alleges that Defendants and/or their officers, agents, employees, licensees and assigns, and/or persons acting in concert with them, had ready access to the Intellectual Property and infringed the Intellectual Property trademark(s) and copyright in creating the Book

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-25-

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

1   Series, a clear derivative work based on the Intellectual Property which copies and

2   incorporates key aspects of the Intellectual Property. Plaintiff is informed and believes

3   and on that basis alleges that Defendants and/or their officers, agents, employees,

4   licensees and assigns, and/or persons acting in concert with them, had access to and

5   knowledge of the Intellectual Property by virtue of submissions made to the WME

6   agency (where Jason Segel and Kirsten Miller are represented) with materials

7   containing further information of the Intellectual Property hosted by The Black List, a

8   screenplay hosting site in which Jason Segel and his WME agents have (free) access

9   to, having done business with other screenplay writers hosted by The Black List for

10  projects Jason Segel  participated in as an actor. The targeted circulation of the

11  Intellectual Property in all its industry related forms, coupled with the detailed and

12  pervasive similarities the Book Series bears to the Intellectual Property, evince that

13  Defendants and/or their officers, agents, employees, licensees and assigns, and/or

14  persons acting in concert with them created, produced, financed, and/or distributed the

15  Book Series knowing that it infringed Ms. Segal's original literary work.

16      80.     The alleged history behind how Defendants Jason Segel and Kirsten

17  Miller developed the story for the Book Series further evinces that the Book Series is

18  derived from the Intellectual Property.

19      81.     Approximately four months after Ms. Segal submitted Otherworld

20  materials to WME in August of 2015, an exclusive press release is published by The

21  Hollywood Reporter on Dec 17th, 2015 announcing Jason Segel's and Kirsten Miller's

22  new YA (young-adult) book series *Otherworld* as their second kids book deal with

23  Random House. Two days later, a published article by Dark Faerie Tales on

24  December 19th, 2015, discloses a three-book YA deal announced by Beverly Horowitz

25  (Vice President, Publisher at Delacorte Press). Beverly is quoted, "We were thrilled

26  when Jason shared…that he had a new series idea. We knew that OTHERWORLD

27  would be the perfect next project," says Horowitz. Indicating that an actual

28

-26-

1   manuscript for the Book Series did not exist prior to Ms. Segal's trademarked and

2   copyrighted Intellectual Property, but merely existed as an "idea."

3       82.    In a taped interview, featuring Jason Segel speaking at a NANoWriMo

4   Young Writers Program Event, uploaded to Youtube (Nov 13, 2017) by a book

5   enthusiast attending Week 2 of the event, Jason Segel states in the interview, that the

6   Book Series deal was acquired by an elevator-pitch. *See*

7   https://www.youtube.com/watch?v=L_tUsdph_WA.

8       83.    NaNoWriMo Young Writers Event - Week 2 (transcript excerpts)...@

9   7:07, Segel: "Basically, there's a protagonist named Simon...the elevator-pitch of the

10   book is that...basically this guy is in love with his best friend, who's named Kat, and

11   she has a uh, she has an injury where she gets something called locked-in syndrome,

12   where her brain and her body can't communicate, and she's put into virtual reality to

13   try to heal her, and she ends up, being, um, kidnapped, by the, by the overlord of this

14   terrible world, Otherworld."

15       84.    The taped (NaNoWriMo Event) interview indicates that Jason Segel had

16   existing knowledge of Ms. Segal's Intellectual Property, and means of access to Ms.

17   Segal's Otherworld submission materials, for which he was able to devise an elevator-

18   pitch (and treatment) from, before pitching Book Series *idea* to Kirsten Miller (his

19   writing partner), which he then presented as an elevator-pitch to Beverly Horowitz,

20   who procured the Book Series *idea* for a new Random House publishing deal. The

21   interview also indicates, that a completed manuscript for the Book Series did not exist

22   prior to Ms. Segal's trademarked and copyrighted Intellectual Property. *See*

23   https://www.youtube.com/watch?v=L_tUsdph_WA.

24       85.    An online interview published by Hypable, written by Kendra Cleary

25   (9:00 am EST, November 14, 2017). *See* https://www.hypable.com/jason-segel-

26   otherworld/. According to the interview, Jason Segel states that the Book Series

27   (trilogy) was sketched out. Therefore, indicating that an actual manuscript for the

28   Book Series did not exist prior to Ms. Segal's trademarked and copyrighted

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-27-

Intellectual Property. Jason Segel goes on to state in the interview, that he can always sense when someone's sort of making it up as they go along. He also articulates shared writing duties, and co-credits with Kirsten Miller (co-writer). He also remarks about his inherent ability to "totally" control a future adaptation of the Book Series (Ms. Segal's Intellectual Property) for the screen, and states that a screenplay is the origin of where a TV Show or film idea starts.

86.     After Defendants were put on notice, Dec 1st, 2017, a taped podcast interview featuring Jason Segel was uploaded to Youtube on Dec 7, 2017. In The Great Big Beautiful Podcast (Ep. 159) Jason Segel states, that before he pitched the Book Series *idea* to his co-writer, Kirsten Miller, he devised a treatment behind her back. He also explains that Kirsten Miller's creative participation is vital in translating descriptive screenplay elements for the novels. He also talks about what separates himself (as a writer) from others who are walking around with half-finished screenplays, and a new TV series currently in the works. *See* https://www.youtube.com/watch?v=QJeIir8Q5XQ. @ 14:55 Interviewer: *"Yeah, I was gonna ask how you got hooked-up with her originally?* Segel: *"We're both at the same agency..."* And at 15:23, Segel: "And then when I thought of the idea for Otherworld, I went and, and sort of [sigh] uh, *pitched the idea* and *wrote a little treatment, 'behind her back'*, and, uh, was able to approach her and say, "this is all set"...she was really into *the idea*..." @ 16:04, Segel: Yeah, it, uh, yeah, I, uh, you know, eh, when you write a screenplay, all of the, um, sort of landscape painting of it, is, is, really a *blueprint* for filming. So, you don't need to make it too ornate. You just need to make it, you know, somewhat *descriptive* so people know what you're talking about..."

87.     Excerpts from this interview confirm, that Jason Segel and Kirsten Miller were both represented by WME agency before Ms. Segel submitted Intellectual Property materials to WME in August 2015. The interview also indicates, that Jason Segel had prior knowledge, and access to Ms. Segal's Intellectual Property materials,

-28-

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

for which he was able to formulate a (new) treatment, *behind* his co-writer's back, before pitching the new Book Series "idea" to Kirsten Miller, and to Beverly Horowitz (VP of Delecorte Press) to secure a publishing deal with Random House, which he later sold to Oneworld Publications for a high six-figure deal. At the time this interview was conducted, only the first book of the Book Series (Otherworld) was published. Jason Segel was already in the process of utilizing the Intellectual Property as his "Proof of Concept" for a future television series before the last two books of the trilogy was published.

88.     Another taped interview, "On Air with Ryan Seacrest" featuring Jason Segel was discovered on Youtube (Dec. 9, 2017). Jason Segel states that the Book Series (Ms. Segal's Intellectual Property) is his "Proof of Concept" for a potentially costly film and/or TV series. Question & Comments begin in Video at 4:46. *See* https://www.youtube.com/watch?v=mZ8Ih9VImUg. (Link has since been removed from the Internet). At the time this interview was conducted, only the first book of the Book Series (Otherworld) was published and released for global sales. Jason Segel's plans for the Book Series were to capitalize on multiple platforms of entertainment. He was already in the process of utilizing the Intellectual Property for a future television series before the second and third installments of the Book Series were written or published. Deemed as Jason Segel's "Proof of Concept", Ms. Segal's Intellectual Property, was therefore, vital and key to the creation of the (anthology-based) AMC Television Series "Dispatches From Elsewhere." Wikipedia webpage copy for "Dispatches From Elsewhere" reads, "On July 28, 2018, it was announced that AMC had given the production a series order..." Book #2 of the Book Series was not published until October 31st, 2018. Book #3 of the the Book Series was published the following year on October 31st, 2019.

89.     A recent press article in Rollingstone (June 2020) about *Dispatches From Elsewhere* articulates the underlying theme and message the show is trying to impart to viewers. Jason Segel is quoted as saying, "We're living in a time where...you

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-29-

should trust no one because someone is trying to take all your shit. "Be on guard" – that's the underlying message of everything…" Another press article by The Wrap (April 27, 2020) reads, "the story you've been watching is a show that Jason Segel is writing while figuring out what to do with the next phase of his life and career, following some professional decisions that he regrets and his recovery from substance abuse…To me, the finale is sort of the ultimate culmination of the themes of the series…" The second to last episode of *Dispatches From Elsewhere* (first season) exposes hidden themes at the core of the series such as intellectual property theft, creative theft, and identity theft. A female artist's original idea is stolen by a colleague and exploited for personal and financial gain resulting in the artist committing suicide. In observation, Jason Segel's most recent back-to-back projects, (Otherworld) Book Series and *Dispatches From Elsewhere* television series exhibit a pattern of incorporating hidden sub-plots of intellectual property theft, identity theft, trade-secret theft, theft of original creative work, and gross exploitation of stolen work as core underlying themes.

90.    In short, it cannot be dismissed as mere coincidence that Jason Segel in collaboration with Kirsten Miller supposedly came up with an "idea" that substantially resembled Ms. Segel's Intellectual Property. Plaintiff is informed and believes and on that basis alleges that Jason Segel and Defendants, through their officers, agents, employees, licensees and assigns, and/or persons acting in concert with them, willfully and intentionally included the story, characters, themes, and other original elements from the Intellectual Property in their Book Series, in violation of Plaintiff's trademark(s) and copyrights and rights in both trademark and copyright.

91.    Plaintiff is informed and believes and on that basis alleges that Jason Segel and Kirsten Miller have written a derivative (adaptation) of the Intellectual Property, which they and Defendants are currently exploiting. Plaintiff is informed and believes and on that basis alleges that Defendants intend to continue to exploit Ms. Segel's Intellectual Property on numerous platforms of entertainment, including

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-30-

but not limiting to the illegal licensing of Ms. Segel's trademark(s) for manufactured products and merchandising outside of paper goods. Plaintiff is informed and believes and on that basis alleges that the Book Series reflects a substantial portion of the story, elements, characters and themes depicted in the Intellectual Property, that the Book Series likewise constitutes a derivative work of the Intellectual Property, and that, accordingly, the pending publication, sale, and distribution of the Book Series is violating Plaintiff's trademark(s) and copyrights, and rights under trademark and copyright in the Intellectual Property.

## OVERWHELMING SIMILARITIES

### Between The Intellectual Property and The Book Series

92.     Given that the Book Series incorporates the story, elements, characters, and themes of the Intellectual Property, the Book Series is by any objective measure substantially similar to Ms. Segal's original Intellectual Property. Even minor overlapping elements, such as unusual words, phrases, dialogue, plot devices, action sequences, character actions, character designs (body and wardrobe), camera (point of view) cues, environmental lighting cues, computer driven visual-effects (applications, uses, and descriptions), location settings, staging design, and objects interacting or manipulated (as practical props) by characters are so idiosyncratic that they are strong evidence of the pervasive influence and use of Ms. Segal's literary work in the Book Series.

93.     Set forth below, are some of the more obvious similarities between the infringing Book Series and Ms. Segal's Intellectual Property:

| **The Intellectual Property** | **The Book Series** |
| --- | --- |
| **A.** The title of the story is Otherworld. | The title of the story is Otherworld. |
| **B.** The title of the series is Otherworld. | The title of the series is Otherworld. |
| **C.** The story takes place in the virtual world of Otherworld. | The story takes place in the virtual world of Otherworld. |
| **D.** The genre is a blend of Fantasy, Action, Thriller, with elements of Sci-fi, and Horror. | The genre is a blend of Fantasy, Action, Thriller, with elements of Sci-fi, and Horror. |

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

**E.** The mood is packed with thrilling moments of suspense, heartfelt and humorous exchanges, and strange horrifying encounters in a surrealistic world where the lines between fantasy (virtual reality) and reality blur.

The mood is packed with thrilling moments of suspense, heartfelt and humorous exchanges, and strange horrifying encounters in a surrealistic world where the lines between fantasy (virtual reality) and reality blur.

**F.** Thematically, the story implies that nothing is what it seems and raises the questions, "What is real?" and "What is reality?" How much power and will does one have to alter, control, overcome, and break free from an imprisoned virtual or projected reality? How would one know the difference?

Thematically, the story implies that nothing is what it seems and raises the questions, "What is real?" and "What is reality?" How much power and will does one have to alter, control, overcome, and break free from an imprisoned virtual (or projected) reality? How would one know the difference?

**Text Examples**

**Script:**
"It's a virtual, three-dimensional, holographic labyrinth...More vivid than any video-game you'll ever play..."
"Alethea is stuck in a maze.

**Book:**
"...we're in some kind of *game*?
"...a very advanced virtual reality..."
"So what--we're stuck in this place?"

**Script:**
"Alethea tries to keep up with the changing environment."
"Everything is, as it is, and never what it seems."

**Book:**
"...but it is constantly changing."
Nothing here is what it was originally meant to be."

**Script:**
"Is it just one, two, three, perhaps four, or the sum of all?"
"What of the five senses, you say?!"
"It can be all too frightening, getting trapped within the mires of the mind."

**Book:**
"That's how Otherworld traps you.
"It introduces you to sensations you'd never be able to feel in real life."

**Script:**
"It's a virtual, three-dimensional, holographic labyrinth divinely designed for your initiation."
"What of the five senses...?!"

**Book:**
"This is true virtual reality--not just sight, sound, and touch. Tap into the brain...you can engage all five senses."

**Script:**
"...virtual, three-dimensional, holographic labyrinth...designed for your initiation.
"...can you discern an illusion...defining difference?"
"virtual holograms...summoned by Mlle..."

**Book:**
"...it's a hologram..."
"That's not a hologram," I argue."
"And even if it is, how would you know?
"...three-D hologram projector produces ...life-like image."
"...three-D images...."
"...won't know who's real...who's not."

**Script:**
"Are you real? Is this really happening?"
"We are as real as you believe, my dear."
"...it is very real for me."

**Book:**
"Yeah, but you're not real are you?"
*"Real?"* she answers."
"Of course, I'm real."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

**Script:**
"This is just one world in which to awaken from...Otherworld is quite another."

**Book:**
"Otherworld is something else entirely."
"...think of this as a new reality."

**Script:**
"Show us a new dream, within a dream within a dream."

**Book**
"You're a dream inside a virtual world."

**Script:**
""What is the defining difference? And, how would you even know?"
"Which way is out?"
"What if you can't decipher?"

**Book:**
"The real world?"
"Why is your world the real one? How can you be so certain…"
"It's a good question…

**G.** Abandoned (deserted) city streets, Dangerous foot toll-way (between two terrains) controlled by flesh-eating beings, and wafting blood- sucking entities. Dark, remote building (theater) with 3D hologram projections (outskirts of abandoned city), Over-grown (grassy) lot in abandoned industrial neighborhood (city outskirts), Power plant (facility) in abandoned industrial area (outskirts of town), a vast desert landscape with sand dunes, mountainous range with flowing blue water, and bright sun.

Abandoned (deserted) city streets, Dangerous foot toll-way (between two terrains) controlled by flesh-eating beings, and wafting blood-sucking entities. Dark, remote building (home) with 3D hologram projections (outskirts of abandoned city), Over-grown (forested) lot in abandoned industrial neighborhood (city outskirts), Power plant (facility) in abandoned industrial area (outskirts of town), a vast desert landscape (desolate plain) with ice field, mountainous range with flowing blue water, and bright sun.

**H.** The settings are; Alethea's bedroom, Main floor of exotic club/bar (lowest terrain level in VR world), Hidden (Station) headquarters, Industrial Industrial building trash-bin/dumpster area, Power plant facility with maze-like hallways and identical looking corridors, Power plant facility receiving area, Power plant facility metal service door (private entrance), Industrial building stairwell, Cold, watery wind-swept corridor (portal to Otherworld), Industrial building corridor leading to a set of double doors, that opens to a room where a *hooded figure sits in a chair*, with the *face of a mirror reflecting Julian's face*, and him *standing naked*.

The settings are; Simon's bedroom, Main floor of exotic club/bar (lowest terrain level in VR world), Hidden (Facility) headquarters, Industrial Industrial building trash-bin/dumpster dumpster area, Power plant facility with maze-like hallways and identical looking corridors, Power plant facility receiving area, Power plant facility metal service door (private entrance), Industrial building stairwell, Cold, watery wind-swept cave/tunnel (portal to Otherworld), Industrial building corridor leading to a set of double doors, that opens to a room where a *hooded figure sits in a chair*, with the *face of a mirror reflecting Simon's face*, and him *standing naked*.

**Text Examples**

**Script: Julian** (Hood/Naked)
"...glides down a winding corridor..."
"...follow behind her...doors...open into a cold dark room..."
"...slowly removes the hood."
"...circles around figure's head..."
"It tilts...falls towards us..."

**Book: Simon** (Hood/Naked)
"I'm halfway down the hall..."
"...tip-toe toward the room until I can peer inside."
"...the hood falls back, revealing an elegant head."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

1  **Script: Julian** (Naked/Mirror)  **Book: Simon** (Naked/Mirror)
"...open into a cold, dark room."  "I'm standing naked

2  in...empty...room..."
"...an oval-shaped mirror with Julian's  "There's a mirror in front of me, and I

3  distorted reflection."  see myself..."
"Julian shivers and looks down.

4  He realizes he's naked..."

5  **Script: Julian** (Mirror/Reflection)  **Book: Simon** (Mirror/Reflection)
"...double doors that open into..."  "...my face looking back at me from

6  "A hooded figure..."  under the hood."
"...slowly removes the hood."  "The mirror becomes a door.

7  "...revealing an oval-shaped mirror  The door opens."
with Julian's distorted reflection."

8

9  **Script: Julian** (Reflection/Stare)  **Book: Simon** (Reflection/Stare)
"...oval...mirror...Julian's...reflection."  "...I stand back up, there's another set
"She stares right through him...Julian...  of eyes staring back at me in the mirror."

10  looks down...he's naked...

11  **I.** There are two main protagonists;  There are two main protagonists;
Alethea and Julian.  Kat and Simon.

12

13  **J.** Alethea's body and brain are damaged  Kat's body and brain are damaged by
by a life threatening (car accident).  a life threatening (explosion). *Brain
*Brain injuries induce a coma, paralysis,  injuries induce a coma, paralysis,*

14  *and locked-in syndrome.* The tragic  and *locked-in syndrome.* The tragic
near-death experience catapults her  (near death) experience catapults her

15  into a strange and horrifying fantasy  into a strange and horrifying fantasy
(virtual) world where she battles dark  (virtual) world where she battles dark

16  forces to ward off impending death,  forces to ward off impending death,
not only for herself, but for others  not only for herself, but for others

17  inhabiting Otherworld.  inhabiting Otherworld.

18  **Text Examples**
**Script Treatment: Alethea**  **Book: Kat** (and Simon merge)

19  "...altering...near death experience...  "...a near-death experience...but I got to
triggers her mind..."  see her in Otherworld

20  "...matter of hours they will cross...
paths and enter Otherworld together."

21

22  **Script Treatment: Alethea**  **Book: Simon (about Kat)**
"...catapults a woman into a coma.  "...Kat still hasn't woken up."
Locked deep inside..."

23  "...undergoes a silent battle  "...she's suffered serious head trauma..."
combatting brain traumas."

24

25  **Script Treatment**  **Book:**
"...paralyzed body clings to life...  "...person smells or touches or tastes
mind undergoes a harrowing  in the virtual world is real.

26  phantasmic quest in search of  Which is totally fantastic...a
psychic powers to ward off death."  virtual environment..."

27  "A fantastic inner world of visions..."
"It's a virtual, three-dimensional,

28  holographic labyrinth..."

-34-

**Script Treatment:** Show Spoiler
"A collision with a car on a crosswalk
catapults a woman into a coma..."
"...paralyzed body clings to life..."
"...combatting brain traumas…"

**Book:** Divulges Show Spoiler
"She's succumbed to injuries sustained
in an automobile accident."

**K.** In the beginning of the screenplay,
Alethea wakes from a horrifying
nightmare (effects of coma, paralysis,
locked-in syndrome) with a silent
scream (at 11:11 pm). Eyes wide open,
she stares at the ceiling.

In the beginning of the book,
Kat wakes from a horrifying
nightmare (effects of coma, paralysis,
locked-in syndrome) with a silent
scream. Eyes wide-open, she stares
at the ceiling.

**Text Examples**
**Script: Alethea**
"Her face twitches and her mouth
contorts. She erupts into a silent scream."
"…gasps and opens her eyes."
"The girl is stricken with terror."
"...stands motionless..."
She erupts into a silent scream."
"...undergoes a silent battle combatting
brain traumas."

**Book: Kat**
"...and her mouth stretches open
in a silent scream."
"...she gasps..."
"It's like she's narrating a nightmare..."
"She must've been scared of something
she saw."
"…physically unable to speak or move."
"The damage to her brain is too severe."

**Script: (Alethea's nightmare)**
"Alethea is still grasping and scraping,
but discovers she is trapped and
suffocating inside a big black box."
"She tears and scrapes at the wood
panels above her and screams..."
"…the box sinks deeper into a
crack within the earth."

**Book: Kat**
"A girl's hands are pressed against the
interior of the capsule as if she's trying
to force her way out. But there's no
room to move, nowhere to go. I know
her panic. It feels like being buried
alive."

**L.** In the beginning of the screenplay,
Alethea wakes in bed at 11:11 (pm)
and stares at the ceiling.

In the beginning of the book,
Simon wakes in bed at 11:41 (am)
and stares at the ceiling.

**Text Examples**
**Script: Alethea**
"…gasps and opens her eyes."
"Unable to sleep, she stares at
the ceiling..."

**Book: Simon**
"Kat opened her eyes."
"...woke up to find her staring
at the ceiling...

**Script: Alethea**
"She turns on the light and squints at
the clock. It's 11:11 pm."
"She looks back at the clock.
The time changes to 11:12 pm."

**Book: Simon**
"Around eleven p.m."
"The clock on the television says 11:41."
"...for almost eleven hours."
"One morning about eleven years ago..."

**M.** The specific use of the number eleven,
11:11 pm on any (timing) device or
length of time involving the number
eleven, and the 11 o'clock hour
(day or night) are descriptive markers
(and vital keys) to both Alethea and
Julian's storylines, and unfolding

The specific use of the number eleven,
11:00 pm on any (timing) device or
length of time involving the number
eleven and 11 o'clock hour (day or night)
are also used as descriptive markers,
(vital keys) to both Simon and Kat's
storylines, and unfolding Otherworld

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

| | |
|---|---|
| Otherworld plots. | plots. |

**N.** At the beginning of the screenplay, Alethea talks about her childhood. She tells a supporting character she thought about *running away* from home when she was a young girl.

In the beginning of the book, Simon talks about his childhood. He tells the reader he thought about *running away* from home when he was a young boy.

**Text Examples:**
**Script: Alethea** (Main Protagonist)
"I used to imagine running away.

**Book: Simon** (Main Protagonist)
"I considered running away."

**O.** Julian is connected to Alethea through dreams, visions, premonitions, and psychic encounters. He follows Alethea's psychic promptings and physical tracks to a cold, watery wind-swept portal leading to Otherworld, where they unite, and plunge into the deeper terrains of Otherworld, together.

Simon is connected to Kat through dreams, visions, premonitions and psychic encounters. He follows Kat's psychic promptings and physical tracks to a cold, watery wind-swept portal leading to Otherworld, where they unite, and plunge into the deeper terrains of Otherworld, together.

**Text Examples:**
**Script: Alethea** (visions of Julian)
"...peers over her left shoulder."
apparition hovers behind her."
"Julian's reflection appears."
"She can taste, smell, and feel... his presence."

**Book: Simon** (visions of Kat)
"...sneaking a peek over my shoulder, hoping to catch Kat...behind me"
"...sounds like Kat...smells like her... feels like Kat too."

**Script: Julian** (visions of Alethea)
"THE DANCER'S face...glows... eyes pierce like a Tibetan Deity."
"...body morphs into three... Priestesses..."
"...jewelled arms reach...to...him."
"The ancient beings glide towards Julian whispering...like a chorus."

**Book: Simon** (visions of Kat)
takes a female form...Pomba Gira appears before us."
"The Elemental's skin is...glistening... her shoulders is silvery smoke and the dress wrapped around her is ablaze."
"Pomba Gira speaks softly, like a whisper you've barely heard."

**Script: Julian** (visions of Alethea)
"...three Asian dancers...faces and bodies...dusted...pale white make-up."
"...face blurs...body writhes."
"Her body morphs into three Tantric Priestesses (Dakinis)."

**Book: Simon** ((visions of Kat)
"The lava has begun to swirl... the molten rock takes a female form... it cools into milky white..."

**Script: Julian** (visions of Alethea)
The ancient beings glide towards Julian whispering..."
"Alethea's face flashes across...torsos..."
"Julian is transfixed."
"Embrace what is...Surrender...Julian

**Book: Simon** (visions of Kat)
"She crackles...glides over to Arkan..."
"...his eyes open...fix on...Elemental's face."

"This is where you belong," she says."

**Script: Julian** (visions of Alethea)
"...three Asian dancers...morphs into three Tantric Priestesses..."
"Alethea's face flashes across...torsos..."

**Book: Simon** (visions of Kat)
"The lava...produced another female."
expecting her to appear...sight of Kat..."
"...image out of my memory."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

1  "Julian is transfixed."
   "Julian leans back...dumbfounded."

2  "THE DANCER returns to her...body."
   "...your gift for conjuring illusions..."

3

   **Script: Julian** (visions of Alethea)
4  "...glimpse of Alethea's face...recognizes
   her." & Visions...flood his mind."

5  "He quickly changes course and runs
   back." & "...stops him in his tracks."

6  "A flash of realization washes over him.
   His visions and dreams are prophetic."

7

8  **P.** Key supporting characters vocalize
   the discovery of *two*, intertwined

9  characters (Julian and Alethea) chosen
   to unite at The Gateway (Otherworld

10 portal) as key counterparts on the
   *same secret mission to eradicate the*

11 *creator of Otherworld*. Mlle Femmale
   and Mr. Moro (Otherworld Guardians)

12 guide and assist Alethea on her solo
   journey. Later, Moro helps Julian

13 navigate virtual terrains to find Alethea,
   and access The Gateway (watery

14 windswept portal) to Otherworld.

   **Text Example:**
15 **Script/Treatment:**
   "Alethea and Julian will cross each other's

16 paths and enter Otherworld together.
   Mr. Moro: "Who told you?"

17 "There is another."
   "There are two."

18 "There is another?"

19 **Q.** Alethea is more familiar with the
   inhabitants of Otherworld. Having

20 been (tragically) exposed to the hidden
   terrains of Otherworld before Julian,

21 she has first hand knowledge of the
   virtual world he has yet to encounter.

22

23 **R.** Alethea is aided by two Otherworldly
   Guardians. Mr. Moro and Mlle Femmale

24 are impeccably dressed, old-aged gang-
   sters with tailored suits from 1920-1960s.
   The Guardians have known Alethea

25 since childhood. They prefer to make
   their presence known by timely (and

26 untimely) surprise visits, catching
   Alethea off-guard. Mr. Moro and

27 Mlle can move about unexpectedly,
   jumping space and time. They visit

28 Alethea in her dreams, and in visions
   navigating both real and unreal

---

"...drags me in like tractor-beam."
"...the girl I came...to find."
"...Pomba Gira conjured the copy of Kat
it was like a mirage taunting a man

**Book: Simon** (visions of Kat)
"I'm overwhelmed by a sense of dejavu."

"I stop and reverse course."
"I noticed her on my first day..."
"...third time...predicted I'd be
following her."

Key supporting characters vocalize
the discovery of *two*, *intertwined*
characters (Simon and Kat) chosen
to unite at The Glacier (Otherworld
portal) as key counterparts on the *same
secret mission to eradicate the creator
of Otherworld*. The Goat Man (Bursara)
is an Otherworld Guardian that guides
Kat on her solo journey, and later, helps
Simon navigate virtual terrains to find
Kat, and access The Glacier (watery
windswept portal) to Otherworld.

**Book:**
"...I find it heartbreaking to see the
" two reunited in Otherworld..."
"...designed it so there would be a *One.* "
"...there might be *two*,"...Clay Man says"
"If so, Simon is one of them."
"Who's the other?"

Kat is more familiar with the
inhabitants of Otherworld. Having
been (tragically) exposed to the hidden
terrains of Otherworld before Simon,
She has first hand knowledge of the
virtual world he has yet to encounter.

Simon is aided by his Otherworldly
Guardian. The Kishka is an impeccably
dressed, old-aged gangster (grandfather)
with tailored suits from the 1960s.
The Kishka (Simon's dead grandfather)
has known him since childhood. He
prefers to make his presence known by
timely (and untimely) surprise visits,
catching Simon off-guard. The Kishka
moves about unexpectedly, jumping
space and time. He visits Simon in his
dreams, and in visions, navigating
both real and unreal (virtual) worlds.

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

| | |
|---|---|
| (virtual) worlds. They accompany and counsel Alethea during traumatic, contemplative, suspenseful, and climactic moments in the story. | The Kisha accompanies and counsels Simon during traumatic, contemplative, suspenseful, and climactic moments in the story. |

**S.** On a surprise visit to Alethea, Mr. Moro (male gangster guardian) handles a pack of smokes, a *wet cigarette*, and *vintage lighter*. A cup of tea drops to the floor making a *pool of water* near his (and Althea's) feet. A lit cigarette falls (from Alethea's mouth) to the watery ground and is drenched. Moro wipes the watery mess and *tosses the drenched cigarette*. Mr. Moro always expresses a playful, combative, firm tone, and ironic humor with (and around) Alethea.

On a surprise visit to Simon, the Kishka (male gangster guardian) handles a pack of *water drenched cigarettes* and a *vintage lighter*. He drops his (drenched) clothing to the floor making a *pool of water* at his feet. He tries to light a cigarette but it's too wet. He *tosses the cigarette*, pack of smokes, and lighter to the ground. The Kishka always expresses a playful, combative, firm tone, and ironic sense of humor with (and around) Simon.

**Text Example:**
**Script/Treatment:**
Mr. Moro stands at attention…"
"He's impeccably groomed…"
"The tea cup falls…"
"…cigarette goes limp…drops into a puddle of water…"
"…near her foot…"
"He…grabs the pack and lights one."
"Moro passes the cigarette to Alethea…"

**Book:**
"The Kishka has risen…in my dream."
"…show off the…state of his suit."
"Then he lets them drop."
"Zippo won't produce a flame and the cigarettes are too wet to light."
"rancid water…a pool at his feet."
"…grandfather pulls a pack of Lucky Strikes from his pocket…"

**T.** Mlle Femmale makes her presence known by a playful remark. Alethea's *jaw drops* from to shock. She recognizes Mlle's voice and losses her grip. Moro assures her he *won't do any harm*. Alethea recognizes Mr. Moro as her secret Otherworld guardian/guide. Still shaken from the surprise encounter. Moro gets a *chair for her to sit and* rest. Alethea questions if what she is experiencing is real. Mlle assures her that it is *real*. Mlle pulls a medicinal elixir from her coat to comfort her. Alethea takes a few swigs. Mlle imparts wisdom and words for her to *choose wisely*. She's allowed to gather key items (hidden weapon) for the mission and dangerous task ahead. Moro tells Alethea that she always has access to both worlds, The Fragmented World (real) and Otherworld (unreal/virtual world).

Bursara makes her presence known by a playful remark. Bursara's *jaw drops* from shock. Simon recognizes Bursara's voice. Simon assures his companions The Clay Man (Bursara) won't *do anyone harm*. Simon recognizes Bursara as The Clay Man (his secret Otherworld guide). Still shaken from the surprise encounter, Simon grabs *a chair to sit* and rest. Simon was wondering if the experiences he's having is real. A vision of Kat assures him it is *real*. Bursara pulls a water bottle from her back-pack to comfort Simon. He takes a few gulps. Bursara imparts wisdom and words for Simon to *choose wisely*. He's allowed to gather key items (a weapon) for the mission and dangerous task ahead. Bursara tells Simon that she always had access to both worlds, the real world, and Otherworld (unreal/virtual world).

**Text Example:**
**Script:** Alethea (w/ Mlle)
Alethea freezes in her tracks."

**Book:** Bursara/Clay Man
"Her jaw drops. She clearly doesn't

1   "Alethea's jaw drops."

have an answer ready."

2   **Script: Mlle Femmale**
"Excellent taste in music…!"

**Book: Bursara/Clay Man**
"I recognize the voice…"

3   "Mlle. Femmale motions to Mr. Moro."
"Ta-dahhh!" & "I…need to sit down."

"Bursara?" & "*You're*…Clay Man?"
"Yes..." & "I struggle to sit..."

4   "She produces a flask from...coat
pocket..."

"She pulls a bottle of water…out
of her backpack... she sits down…

5   "Here, this may help..."
"Alethea takes a swig."

"You definitely need this."
"I chug down the water."

6

7   **Script: Mr. Moro** (w/ Alethea)
Mr. Moro "I'm your Guardian.
Don't you recognize me?"

**Book: Bursara/Clay Man**
"Don't you recognize it?"
"That's where we first met."

8   "How did you even find me..."
"...told you she'd recognize us."

"You're the same guy..."

9   "...Femmale never forgets a face."

"I am, he says."

10   **Script: Mr. Moro** (w/ Alethea)
She guards herself as he passes."

**Book: Simon** (w/ Clay Man)
"Don't worry, he's not going to
hurt you, I promise them, though I

11   Mr. Moro: "It's okay, I won't harm you.

don't know that for certain."

12

13   **Script: Alethea**
"Are you real? Is this really happening?"

**Book: Simon**
"Yeah, but you're not real are you?"

14   "We are as real as you believe, my dear."
"...it is very real for me."

"*Real?*" she answers."
"Of course, I'm real."

15   **Script:  Alethea** (w/ Mlle Femmale)
"We've come all this way to escort you..."

**Book: Simon** (w/ Bursara)
"Come with me." "You must trust me..."

16   "Will you come with us?"
Alethea: "Do I have a choice?

"…I'm all you have."
"I have no choice."

17

18   **Script: Mlle Femmale**
Mlle: "…And so you must choose wisely.

**Book: Bursara/Clay Man**
"Choose wisely."

19   Alethea: "Can I gather a few things?"
Mlle: "Yes, of course…by all means."

"You may only take one. "
"Those are the rules of Otherworld."

20   **Script:**
"You are with one foot in the

**Book:**
"…the two…are connected--that's how

21   *Fragmented World*, and another
is in *Otherworld*."

I'm able to find you in Otherworld."

22

23   **Script:  Alethea** (w/ Mlle Femmale)
"We've come all this way to escort you..."

**Book: Simon** (w/ Bursara)

24   "…we really must be on our way."
"Do I have a choice?

"I don't have a choice. I have to go back.

25   **Script:**
"…one foot in the Fragmented World...

**Book:**
"Two worlds need you…You have to

26   another...in Otherworld."
"A great purpose...in...your hand…"

make the sacrifice. You have to go back.

27   "…blessed with a powerful name…
It means TRUTH."

"…sound of his real name."

28

**U.** Mlle Femmale's uses her cloaked

Bursara's uses her cloaked identity,

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

identity, secret access to hidden locals and coveted devices for quick passage to and from various terrains in Otherworld. Mlle can freely navigate between real and unreal (virtual realms). without others noticing her appearance.

secret access to hidden locals and coveted devices for quick passage to and from various terrains in Otherworld. Bursara can freely navigate between real and unreal (virtual realms). without others noticing her appearance.

**V.** Alethea learns how to navigate both worlds (real and virtual) at the same time. She's given secret knowledge and deeper access to the Otherworld portal by Mademoiselle Femmale. When Alethea is about to access The Gateway (watery portal) Mlle gives Alethea a pair of special goggles (head gear) before she plunges into The Gateway with Julian (at her side). Mlle tells Alethea she can't enter the portal or accompany her on this leg of the journey through Otherworld. Alethea must access the hidden terrains of Otherworld without further help (intervention) from Mlle as her personal Otherworld guide.

Simon learns how to navigate both worlds (real and virtual) at the same time. He's given secret knowledge and deeper access to the Otherworld portal by Bursara. When Simon is about to access The Glacier (watery portal), Bursara gives Simon a set of special (head) gear before he plunges into The Glacier, with Kat (at his side). She tells Simon she can't enter the portal or accompany him on this leg of the journey through Otherworld. Simon must access the hidden terrains of Otherworld without further help (intervention) from Bursara as his personal Otherworld guide.

**Text Example:**
**Script: Mlle Femmale** (to Alethea) "Mlle. Femmale produces a pair of dark goggles from her coat pocket and hands them to Alethea. "Put these delicate numbers on...

**Book: Bursara/Clay Man** (to Simon) "Bursara reaches into the pocket of her jacket and pulls out a well-worn set of gear. "Use these…"

**Script: Mlle Femmale** (to Alethea) "…as far as I go…cannot use this…way." "...must enter alone." "You'll be watched over." Alethea: "Will I be there alone?"

**Book: Bursara/Clay Man** (to Simon) "…I won't be able to help you." "I can't go back to Otherworld. "...you must make do on your own."

**W.** Alethea, Mlle, and Moro engage in a conversation about the hostile inhabitants of Otherworld. As harsh as the comment may be, Moro adds his two about the kind of entities he'd rather battle (in terrains) where the outcome is more to his liking. Alethea is given an *impromptu 3D-holographic projection experience* (by Mlle Femmale) *that exposes the hidden virtual secrets of Otherworld.* Mlle goes on to illustrate how the mind and body can be trapped, paralyzed, and succumb to death in Otherworld.

The Clay Man (Bursara) and Simon engage in a discussion about the hostile inhabitants of Otherworld. As brutal as the comment may be, Simon adds his two cents about the entities he'd prefer to confront (in terrains) where the outcome is more to his liking. Simon is given an *impromptu 3D-holographic projection experience* (by Marlow) *that exposes the hidden virtual secrets of Otherworld.* Marlow goes on to illustrate how the mind and body can be trapped, paralyzed, and succumb to death in Otherworld.

**Text Example:**
**Script:**
"It's a virtual, three-dimensional,

**Book:**
"Are you telling me we're in

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

1  holographic labyrinth divinely designed
designed for your initiation. More vivid
2  than any video-game..."
"...can't tell where you are?"
3  "Paralysis--loss of voice--death!"
"Alethea is stuck in a maze.
4

some kind of *game*?"
"...a very advanced virtual reality..."
"So what--we're stuck in this place?"

5  **Script:**
"...virtual, three-dimensional, holographic
6  labyrinth...designed for your initiation.
"...can you discern an illusion...defining
difference?"
7  "virtual holograms...summoned by Mlle..."
8

**Book:**
"...it's a hologram..."
"That's not a hologram," I argue."
"And even if it is, how would you know?
...three-D hologram projector produces
...life-like image."
"...three-D images...."
"...won't know who's real...who's not."

9  **Script:**
"Not all spirits are here to help..."
10  "...some are disembodied souls...
doomed to harm others..."
11  "a phantasmic world inhabited by
hostile spirits."
12

**Book:**
"Some Elementals are helpful;
many are hostile..."

13  **Script:**
"Never mind the ones who can pass
over from other worlds. I would rather
14  do battle with a Black Vapor, at least
I know where I can send it back to."
15

**Book:**
"I prefer that to Imra. As brutal as
it sounds, at least you knew where
you stood."

16  **Script:**
"A fantastic inner world of visions..."
"...dreamlike terrains inhabited by...
17  creatures..."
"...phantasmic world inhabited by
18  hostile spirits."

**Book:**
"...a world so real..."
"...had all these unexpected creatures
to deal with--dangerous creatures...
in Otherworld."

19  **X.** Alethea continues traveling in the dark,
through barren and abandoned terrains
20  with her two, trusty companions/
guides, Mr. Moro and Mlle Femmale.
21  What Alethea doesn't know is that
others watch them beyond the brush.
22  The trio arrive at a dark abandoned
lot, on the far outskirts of Fray Town.
23  covered in over-grown grass. Mr. Moro
and Mlle Femmale sense they're being
24  watched. *Alethea tires* and isn't
sure *how much farther* she can go.
25  *Feeling sorry*, Mlle tells her they are
*almost there*. Alethea looks behind her.
26  She attracts the attention of interlopers
lurking about and becomes fearful.
27  Alethea (and companions) see an
abandoned industrial complex
28  in the (near) distance, on the far
outskirts of the Fragmented World.

Simon continues traveling in the dark,
through barren and abandoned terrains
with his two, trusty companions/
guides, Gorog and Bursara (Clay Man).
What Simon doesn't know is another
watches them beyond the foliage.
They arrive at a dark, abandoned lot on
on far outskirts of the city, covered
with over-grown foliage (and trees)
Bursara and Simon sense they're
being watched. *Bursara tires* and isn't
sure *how much farther* she can go.
*Feeling sorry,* she tells Simon they are
*almost there*. Simon looks behind him.
He attracts the attention of a spy
lurking about and jumps out of his
skin. Simon (and companions) see an
abandoned industrial complex
in the (near) distance, on the far
outskirts of Imperium. *Towering,*

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-41-

*Towering concrete buildings* emerge. They loom on the dim-lit horizon like large brooding geometric structures. Dark agents lurk beyond the barren terrain, in the outlaying parameters, watching them navigate through the eerie, dystopian landscape.

*concrete buildings* emerge. They loom on the dim-lit horizon like large brooding geometric structures. Dark soldiers lurk beyond the barren terrain, in the outlaying parameters, watching them navigate through the eerie, dystopian landscape.

**Text Example:**

**Script:**
"How much further do we have to go?"
"Not too far...We're almost there. Just up ahead."
"Mlle. motions...to a location in the distance."
"Sorry...not sure why I did that?"
"Don't be sorry..."
"...camera...pans up to...industrial power plant."

**Book:**
"...saying she's sorry..."
"I don't know how much farther she can go."
"We're almost there," she pants."
"I glance up...see part of the house through the trees."
"...on the building's ground floor."

**Script:**
"I sense another presence. We are being shadowed."
"...Shadow Walkers! One or two?"
"A figure in the lower corner of the frame appears and creeps behind."

**Book:**
"Now who's the spy?"
Someone says behind us,
"...the one standing...in the woods."
"...he's been out there for a while."
"...I'm under heavy surveillance."

**Script:**
"Concrete buildings tower... like large-scale geometric sculptures."
"(Floodlights heighten...abstract forms)."
"Skeletal designs cast strange patterns and shadow shapes..."
"Used machinery...scattered about..."

**Book:**
"The lights grow brighter..."
"...glass and steel take shape..."
"...appear to be under construction."
"Each of the towers...distinctive stamp."
"...upper reaches of the structure."
"...concrete slabs and steel columns."

**Script:**
EXT. Indus. N-Hood - Outskirts of City
"...cut through...field across...complex."
"They quickly cross the street..."
"...power plant in the distance."
"Concrete buildings tower above..."

**Book:**
"...we get to the outskirts of Imperium,

and the road turns to smooth asphalt... two towers on the edge of the realm..."

**Script:**
"They pass...broken street lamps... disappear into...eerie landscape."

**Book:**
Without its street lights... dark as the dead of night."

**Script:**
"Concrete buildings..."
"Skeletal...machinery...scattered about like...eerie still-life painting."
"Not too far...Just up ahead."

**Book:**
"...drawn to a building up ahead."
"...glass...lies scattered across...road."

**Script:**
"Concrete buildings...large-scale..."
"Skeletal designs cast...throughout... grounds...eerie still-life painting."

**Book:**
"...building and...concrete..."
"It's eerily quiet, as though the building has been evacuated..."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

"...strange stillness of landscape...interrupted by...foot steps."

**Script:**
(POV...dystopian landscape below...)."
"They pass...broken street lamps...disappear into...landscape."
"...buildings tower..."
"...power plant in the distance."

"Our footsteps echo as we walk across the concrete floor..."

**Book:**
"I'm...interested in the scenery."
"...we're out of the city's dark..."
"I can see the towers..."
"Moloch's building..."

**Y.** Alethea, Mlle, and Moro arrive at the industrial complex (power plant facility) on the outskirts of Fray Town where cloaked Shadow Walker agents (controlled by Sir Real) seek to kill Alethea and her allies/companions. The trio split up (temporarily) for better survival. Alethea and Mlle are *ambushed* by a *cloaked agent* on a *metal staircase* far above ground. Mr. Moro returns to join the fight. Alethea climbs the stairs to the top level. There's nowhere to run or hide. The agent climbs to the *top level*. Moro yells to *take the shot*. Alethea meets the agent face to face, fires four shots, and kills him. The *body falls to the ground with a thud.*

Simon, Kat and Gorog arrive at the abandoned industrial complex (Facility) on the far outskirts of Imperium where cloaked engineers (controlled by Milo Yolkin) seek to kill Simon, and his allies/companions. The trio split up (temporarily) for better survival. Simon and Kat are *ambushed* in a *metal enclosure* far above ground. A creature is shot and *falls below with with a thud.* Gorog returns to join the fight. Simon meets Wayne (engineer) face to face. Simon is *told to shoot.* He shoots and kills Wayne. Kat and Simon climb the *staircase* and reach the *top level.* There's nowhere to run or hide.

Mlle Femmale takes the gun from Alethea for safe-keeping. Mlle and Alethea descend the staircase. Moro knows they're not out of danger. More cloaked agents are out there following them. They must move fast. Alethea and her companions survive The assault. They continue their perilous journey to The Gateway.

Kat takes the gun from Simon for safe-keeping. They descend the staircase. Simon knows more cloaked soldiers, and avatars are out there following them. They must move fast. Simon and his (avatar) companions survive the assault. They continue their perilous journey to the Glacier.

**Text Example:**
**Script:**
"Alethea!" & "...guardian's voices echo..."
"Alethea pulls...trigger...screams...fires...consecutive shots...Shadow Walker...plunges over...railing."
"Alethea looks...down at...body..."
"Moro...locates...wounds in...torso..."
"Mr. Moro whistles."
"He...waves for them to hurry down. They...descend the staircase."
"...I never shot anyone before."
"And yet, you fired four...shots."

**Book:**
"...call out to Kat when I hear a whistle followed by a dull thump...I glance over ...arrow lodged deep in...chest."
"...fall from the platform."
"...body...hits the ground below."

"It's time to go back downstairs..."
"You killed her."

**Script:**
"She...gripping...gun in her hand."

**Book:**
"...fall from the platform."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

| | |
|---|---|
| "...reels backward...plunges..."<br>"...watches...fall to...ground..."<br>"...Alethea...places...gun in...palm." | "...body break when it hits the<br>ground below."<br>"...a crossbow in his hands." |
| **Script:**<br>"Alethea is still in shock."<br>"Alethea runs down the stairs to Mlle..."<br>"He...waves for them to hurry down.<br>They...descend the staircase."<br>"(We see...close up...Walker...lays in a<br>pool of blood." | **Book:**<br>"I'm still in shock..."<br>"Ushers me across...floor...descent<br>takes more than two seconds...<br>on the ninety-sixth floor."<br>"...revealing blood-soaked tiles...<br>dead NPCs." |
| **Script:**<br>"Mlle...watches him fall to the ground<br>with a thud. | **Book:**<br>"I hear...the thud when he falls." |
| **Script:**<br>"...through a dark maze of industrial<br>corridors and backdrops."<br>"...cross a steel catwalk...<br>that leads to the upper deck."<br>"Mlle and Alethea climb the stairwell."<br>"Alethea reaches the top deck." | **Book:**<br>"He guides me through the maze and<br>up the stairs...<br>I pause when we reach the top..." |
| **Script:**<br>"Shadow Walker #2 holds the pistol<br>at his side. Alethea stares into his face."<br>"Take the shot!"<br>Alethea pulls the trigger...fires...shots." | **Book:**<br>"He looks at the gun...then...at me."<br>"You aren't going to shoot..."<br>"Shoot," he says."<br>"There's a deafening bang..." |
| **Script:**<br>"Moro circles the body." & "(Close-up<br>of Shadow Walker #2's face.) He lays in<br>pool of blood with a gunshot wound.."<br>"Alethea...places...gun in...her hand."<br>"She...places the gun in her coat pocket." | **Book:**<br>Wayne lying on the floor. I glance down<br>at the gun in my hand...Wayne's groaning<br>...a pool of blood spreads...around him.<br>"I shove the gun into...my pants." |
| **Script:**<br>"Alethea bolts up the last flight of stairs."<br>"Alethea reaches the top deck..."<br>There's no place to run or hide. She<br>looks back at the stairwell in horror.<br>She waits for the dark figure to appear."<br>"Shadow Walker #2 emerges..."<br>"Mr. Moro places...the gun..."<br>"...we separate..."<br>"Go through...roof...I...push him back..."<br>"See you...my friend."<br>"He...gazes into...dark...knowing another...<br>is out there..." | **Book:**<br>"...Kat up the stairs...<br>"...gotten as far as...lobby..."<br>"...becomes clear...won't be going any<br>farther. "<br>"...men pouring out..."<br>"I have the gun."<br>"Go!" She says."<br>"Leave me...get out another way."<br>"...I spot movement...I know what's...<br>to happen. |

The same staircase sequence above (Section Y.) is used earlier in the book (Section Z.)

| | |
|---|---|
| **Z.** The Shadow Walker (agent) reels<br>backwards and plunges over the<br>railing. Mlle watches the body | A body hurtles over a ledge. Simon<br>looks over the side, and watches it<br>*hit the ground with a thud.* An |

-44-

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

*fall to the ground with a thud.*
Alethea runs to the stair railing
And looks down. Moro runs to
inspect and claim the dead body.
Mlle tells Alethea she *won't need a
weapon where she's going (implying
she's already dead)* and for Alethea
to relinquish her weapon. Moro gets
their attention and *points to* an
(imaginary) *watch* on his wrist for
them to keep mindful of surroundings.
Mlle and Alethea descend the staircase.
Moro knows they're every move is
being watched and tracked.

intruder is flung over a cliff
and falls to the ground below.
Three (scavenger) players run to
inspect and claim the dead body
The Clay Man tells Simon (and
allies) that they *won't be needing
a weapon since they're already dead.*
Carol relinquishes her weapon.
A nurse gets Simon's attention.
She *points to* her *watch* for him
to keep mindful of surroundings.
Simon and Carol descend the staircase.
The Nurse knows their every move is
being watched and monitored.

**Text Example:**
**Script:**
"The Shadow Walker spins and fires
back."
"…Walker reels backward and
plunges over the railing."
"…watches him fall to…ground
with a thud."

**Book:**
"…couldn't put up much of a fight…
attacks anyways."
"…she rushes my way…hurtling
over the ledge."
"…I look over the side and watch her
body bounce…"
"…finally hits…ground with a…thud."

**Script:**
"The Shadow Walker…plunges over
the railing." & "Mlle Femmale watches
him fall to the ground with a thud."
"Mr. Moro runs…at the body."
"Alethea…looks over the railing at
the body."

**Book:**
"…a body is flung out over the
side of the cliff."
"…inhabitant or the intruder.
When the body hits the ground below,
three…claim the prize…"

**Script:**
"Mr. Moro nudges body…with his shoe."

**Book:**
"…prodding the…body with my toe."

**Script:**
"Mlle. Femmale and Alethea
climb the stairwell."
"Mlle…calls to her."
"Keep close."
"…don't go near the edge…"
"Mlle…climbs another flight of stairs.
"…peeks over…handrail."
"Mlle…climbs another flight…She pauses…"
"Mlle…extends…hand.
Alethea…places gun in…palm of her hand."
"You won't be needing this anymore."

**Book:**
"…up first set of stairs…He stops at
the landing between the flights."
"Carol and I begin our climb…still
five flights of stairs above us."
"Don't stop," I tell him."

"We keep climbing, and the new stairs
keep appearing…"

"…Carol dumps…weapons she's
been lugging."

**Script:**
"He points to…watch on his wrist
and waves for them to hurry…"
"He…gazes…knowing another
Shadow Walker is out there…
"I'll be waiting for you."

**Book:**
"They'd rather track us instead.
"…nurse taps…watch on her wrist."
"They know everything…my
movements are monitored…"

-45-

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

**Script:**

"He motions...that he's dead."

"Alethea...places the gun in...her hand."

"You won't be needing this anymore.

"Not where you're going.

**Book:**

"He told the others that a weapon "wouldn't make any difference" cause we're already dead.

**AA.** The Station Captain secretly wants Sir Real defeated. She keeps her motives hidden from Egon and Otto (Sir Real's henchmen). Esse comes to Julian's aid. She unties his restraints and helps him escape the Station Headquarters. Esse *drugs* Julian and transports him (naked) onto a pile of *dark plastic trash bags* in a dump area inside an off-limits area of the *Power Plant facility building.* The frigid environment hits Julian like a wall of ice, inducing a jerk of involuntary movement. He sits straight up.

The Nurse (Bursara) secretly wants Yolkin defeated. She keeps her motives hidden from Todd and Martin (Yolkin's henchmen). She unties Simon's restraints and helps him escape the Facility Headquarters. The Nurse *drugs* Martin *and* and transports Simon inside a *dark plastic bag* to a cold (autopsy) room in an off-limits area of the *Facility (Power Plant building).* The freezing atmosphere and frigid breeze hits Simon, inducing a jerk of involuntary movement. His arms shoot straight up.

Julian *wakes (from being drugged).* Still groggy, he wakes and *struggles to stand.* He lays exposed on a bed of trash bags on the cold ground. Julian pulls a message from his back. Esse has a *cryptic text* for Julian. Julian sits up reads it. Esse reminds him of their kiss that saved his life (ass), and that *'no thanks' is needed* this time. Julian knows he owes her. Julian recalls Esse telling him when he wakes and arrives at the Power Plant Facility he'll know what to do.

Simon *wakes (asked if he's on drugs).* Still groggy he *struggles to stand.* He lays exposed (not on a soft bed) but on the cold ground. Simon pulls a phone from a bag. Elvis has a *cryptic text* for him. He (sits) and reads it, realizing how to save lives. Elvis tells him that *maybe he can thank him* this time. It occurs to Simon, he owes Elvis a thanks. Simon also recalls Bursara (as Clay Man) telling him when he arrives at Power Plant Facility he'll know what to do.

**BB.** Julian stumbles around ripping apart trash bags to make temporary clothing. His task is interrupted by approaching footsteps. Julian *dives into a trash pile and watches* through a peep-hole. Alethea, Mlle, and Moro run past him to a metal door. He knows exactly where he is to be. He was led to the power plant with the help off the Station Captain, so he can unite with Alethea. Mlle *opens* the tall *metal (service) door* with a *secret access code.* Alethea and Guardians enter. Knowing what to do next, Julian leaps into action.

Simon stumbles around trying to gather clothing but there's no time to dress. His task is interrupted by by approaching footsteps. He *dives into a bush and watches.* A mid-aged man and woman appear, a garage *metal door opens.* He knows exactly where he is to be He was led to the power plant with the help of The Clay Man (Bursara) so he can unite with Kat. Angela opens a *metal (service) door* with a *secret access code.* Knowing what to do next, Simon leaps into action.

Julian *stretches to grab a brick on the ground with his foot.* He jams it under the door and *peeks inside the door crack* and sees a long

Simon *bends to reach an object beneath his feet,* grabs it and rolls it towards him. He *peers through a crack* in the building to an *empty lobby*

-46-

empty hall *with fluorescent lights.* Another set of *footsteps approach.* Julian *darts for cover in dark corner* next to the metal service door and waits. He spots a useful tool near him and grabs it. A wounded agent approaches, a blood trail follows. Julian sneaks up from behind, swings and kills him. He wears his *dark uniform, assumes his identity,* and takes advantage of the free access code. The *agents dead body slumps against* the *building,* bleeding.

(hallway) *with fluorescent lights* Another set of *footsteps approach.* A (deer) *darts for a dark corner next* to the metal door entrance. Simon scuttles into the darkness and grabs another object near his foot. He wears a *dark uniform* from Bursara (Clay Man) and *assumes the identity of a facility* worker. He uses a wounded (dead) body for cover, and takes advantage of a free access code to the door. A *man's body slumps against* the *building,* drooling.

**CC.** The entrance to The Facility is a metal service/delivery door. Access is controlled with a *secret key-code* by Mlle female, a *older-aged woman with blue/green eyes.* The sound of dissipating footsteps leads Julian through the *maze-like building.* He follows Moro through the *labyrinth* of corridors, peeking around corners, and creeping through a maze of *identical-looking* corridors, and door-lined hallways for hidden passages leading to Alethea. Julian dodges *two shots meant for his head.* He darts for cover. Moro runs through the halls to alert Alethea and Mlle an intruder is in the building. They stop in their tracks. Moro calls out to keep going, they follow his directions. Julian cautiously makes his way through the building. He gets *stuck in the corridors* and feels trapped. He knows that he's *come too far to give up* and carries on. Moro tracks him and *waits in ambush.*

The entrance to The Facility is a metal service/delivery door. Access is controlled with a *secret key-code* by Angela, a *middle-aged woman with blue eyes.* The sound of dissipating footsteps leads Simon through the *maze-like building.* He follows Don through the *labyrinth* of corridors, peeking around corners and tip-toeing through a maze of *identical-looking* corridors, and door-lined hallways for hidden passages leading to Kat. A *shot meant for Simon's head* just misses him. He darts for cover. Facility workers run through the halls alerting others that an intruder is in the building. They stop in their tracks. A doctor calls out for them to keep going, his colleagues follow directions. Simon cautiously makes his way through the building. He gets *stuck in the corridors* and feels trapped. He knows that he's *come too far to give up* and carries on. An avatar tracks Simon and *waits in ambush.*

**Text Example:**

**Script:**
Alethea enters first. Mlle...follows. Mr. Moro...slips inside."
"...endless maze..."
"...circling...identical hallways."

**Book:**
"At least three more have passed...."

"Every...tunnel looks exactly the same."

**Script:**
"He cautiously makes his way through an endless maze of door-lined hallways..."
"...identical hallways."

**Book:**
"...out of the lobby and into a hall with a half-dozen doors."

**Script:**
"...Moro...slips inside."
direction
"...Moro disappearing around a corner..."

**Book: Simon**
"Slowly...carefully, I head in the

"direction where...doctor...disappeared."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

| | |
|---|---|
| "...an endless maze of door-lined hallways." | "Identical metal doors line the wall." |
| "Julian creeps down...identical hallways." "He cautiously advances. He peeks...around the corner. "He hesitates...turns left...passes a corner...darts down a long hallway." | "I turn a corner...I've left the hall." |
| **Script:** "...red lights are flashing overhead. I hear a door open somewhere and footsteps..." | **Book:** "An overhead lamp flashes on and off above a...door." "Egon cracks the door..." "...Walkers slink down...hallway." |
| **Script:** "Mr. Moro runs to alert..." "He calls to them..." "...waves them down so he can stop..." "They run...Alethea stops in her tracks..." "...Moro backtracks through...corridor." | **Book:** "...people running down...corridor. Then they come to a sudden stop. Someone is barking commands." |
| **Script:** "...long empty hallway." "He cautiously makes his way through an endless maze of door-lined hallways..." "...Moro backtracks through...corridor." "He peeks his head around the corner." "...identical hallways." | **Book:** "I tiptoe toward the action...sneak a peek around the corner. A few dozen yards down an identical corridor..." |
| **Script:** "...Moro...slips inside." "...endless maze of door-lined hallways." "...Moro disappearing around a corner..." | **Book:** "The doctors...disappear into the maze... colleagues follow behind..." |
| **Script:** "Julian...at a four-way in the corridor..." "...comes to a virtual dead end. He's stuck at a crossroads." | **Book:** "We're stuck here, and we're trying to get out." |
| **Script:** "...he's come too far to give up... takes his best guess...tracks down...hall." | **Book:** "I've come too far...to take no for an answer." |
| **Script:** "Mr. Moro...fires two shots." "Bullet marks...next to Julian's head..." "...Moro patiently waits in ambush." | **Book:** "It ambushed me. It wanted to kill me." "If its aim had been...a little bit better, it would probably be standing over me..." |
| **DD.** Julian moves on, but is still shaken from being shot. Without warning *two large tattooed arms emerge* from an alcove *gripping his neck* Moro's deadly grip shakes Julian's hat loose, it falls to the ground (revealing Julian's face). Moro has a *flash vision* and releases his | Simon moves on, but is still shaken from being shot. Without warning, *two burly tattooed arms emerge* from an elevator *gripping an avatar's neck.* Gorog's deadly grip shakes the avatars crossbow loose, it falls to the ground. A *strange flash goes off.* Gorog releases his grip. The avatar |

-48-

grip. Julian straightens and stands. He's not a Shadow Walker agent as Moro originally believed. He's a Seer, even more powerful. The thought of mistakenly killing a young boy disguised as a menacing Shadow Walker shakes Moro to his core. He recoils in *horror* realizing he almost killed a kid (Seer).

straightens and stands, it's not an an Elemental, as Simon originally believed. Moloch is even more powerful. The thought of mistakenly killing a young boy, disguised as a threatening avatar shakes Simon to his core. He recoils in *horror* realizing he almost killed a kid (VR player).

**Text Example:**

**Script:**
"...outside a metal service door."
"...hand darts...seizing his neck."
"...Walker's hat masks Julian's face."
Moro: "I did not recognize you. Where did you come from?"

**Book:**
"...a tall metal door…"
"I'll need to make it past the big dude…"
"I can't tell if he sees me…he doesn't have a face."

**Script:**
"...shakes...hat...revealing Julian's face."
"...Mr. Moro has a flash-vision of Julian as a YOUNG BOY."
"Moro freezes...face turns…utter horror…"

**Book:**
"Are you a…?" I ask him, "Trying not to sound surprised."
"You're just a bit smaller…"
"horror…starting to seep into my brain.

**Script:**
"...Moro is big and burly."
"...tattooed from...head...shoulders… forearms...onto his hands."
"...hand darts from the shadows, seizing his neck."
"Mr. Moro squeezes his neck tighter."
"...force of the struggle..."
"...Moro releases his grip. Julian drops to the ground..."

**Book:**
"Before I can make any sense of…scene, two burly tattooed arms pluck Moloch out of the elevator."

"Gorog takes…avatar's head in his hand. …crunch of Moloch's neck snapping..."

"His crossbow drops..."
"I hear…the thud when he falls."

**Script:**
"Mr. Moro squeezes his neck tighter."
"...Moro has a flash-vision of Julian..."
"An Authentic--a Seer."
"...I did not recognize you."
"Julian braces the wall...and stands..."
"He steadies himself…"

**Book:**
"Then there's a strange flash. I glance to see Moloch's neck straighten. When he rises to his feet…I should've known, he's not an Elemental."

**Script:**
"...hand darts from the shadows, seizing his neck."
"Mr. Moro lifts him off the ground and slams him against the wall."
"Mr. Moro squeezes his neck tighter."
"Mr. Moro releases his grip. Julian drops to the ground..."

**Book:**
"...I lunge across…my fingers wrap around his…neck. I barely begin to squeeze when Martin's eyelids flutter…his body goes limp."
"My grip is unprepared…he slips through my fingers and crashes to the floor."

**EE.** Moro *sits on the floor* in the *dark (corridor) with his byzantine cross necklace.* His face glows from a flickering flame (on his lighter).

Clay Man *sits on the ground in the dark (tunnel) with his his amulet (stone necklace).* The only light in the tunnel is

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

| | |
|---|---|
| He addresses an omnipotent presence above. A breeze blows through the corridor and *extinguishes the flame.* | Clay Man's eyes and necklace. His presence is nearby watching over them. Gorog's *fire goes out.* The flames extinguish. |
| Julian questions Moro's intentions. He's not convinced that he's on his side. Moro assures Julian that he's *his* Otherworld guide. and wants to help him. Moro can't get his directions straight and it makes Julian frustrated. Moro assures Julian that he can get him though the Power Plant Facility, where he'll find Alethea in the *last corridor of the building.* | Simon questions the Clay Man's intentions. He's not convinced he's on his side. The Clay Man assures him he's *his* Otherworld guide and wants to help him. Simon can't get a straight answer and it drives him crazy. The Clay Man assures Simon he'll get him to (and through) the Power Plant Facility, where he'll find Kat in the *last room of the building.* |
| Deep inside the building, in a corridor, leading *to last hallway* where the portal to Otherworld exists, Moro *sits slumped on the ground from exhaustion.* Moro speaks to Julian, and *apologizes* for his offenses. In a gesture of good will, Moro *outstretches his hands.* He *points in the direction (of the halls)* that lead to the portal. | Deep inside the ice cave leading to a *(far side) tunnel* where the portal to Otherworld exists, Magna *sits slumped in a chair from exhaustion.* Kat speaks to the avatar and *apologizes* for any offenses. In a gesture of good will Magna *stretches an arm and points in direction (of the tunnel)* that leads to the portal. |

**Text Example:**
**Script:**
"Mr. Moro...in the dark...looks up."
"...extinguishes...flame...hall goes black..."
"A bright sun fills the screen..."
"...a flowing creek."
"...and mountains...appear."

**Book:**
"He looks up at the sky."
"Night falls quickly."
"...before the sun...begins to set."
"...pool of fresh water in the mountains."

**Script:**
"...Moro...slides down...wall onto...floor."
"...back against.. wall. He pulls a shiny Byzantine cross from...pocket."
"...Moro sits in...dark with...flickering lighter...his amber face glows."

**Book:**
"...Clay Man...waiting for us... He's leaning back against...the ...walls The amulet on his chest is glowing."

**Script:**
"...you'll...be watched over... we will see you again."
"Mr. Moro...pulls a shiny Byzantine cross from...pocket..."
"Moro sits in...dark with a flickering lighter...his face glows."
"...breeze passes through...corridor... extinguishes...flame."

**Book:**
"...Clay Man...watching over us...

"...fire is out...only light in...tunnel radiates from...Clay Man's blue eyes... stone around his neck."

**Script:**
"Mr. Moro reaches out to help him."
"Please...just tell me which way."

**Book:**
"...why are you helping me?"
"...I can't get a straight answer..."

-50-

1   "Where did you come from?!"          "Where is it?"
    "...how did you know?                 "Who are you?"
2   Who told you?"

3   **Script:**                          **Book:**
    "Where is she?"                      "...your friend, there is a way out.
4   "The Gateway?"                       "Where is the exit?"
    Mr. Moro: "...how did you know?"     "How do I find it?"
5   "...which way."

6   **Script:**                          **Book:**
    "...breeze passes through...corridor... "...sun is temporarily extinguished.
7   extinguishes...flame.                Without its street lights
    The hall goes pitch black."          ...dark as the dead of night."
8   "CUT TO BLACK:"
    "They pass...broken street lamps...
9   disappear into...landscape."

10  **Script:**                          **Book:**
    "Down there."                        I follow him down the hallway until
11  "...to the end."                     we arrive at the last visiting room.
    "You will not miss the last hall."   There's a blinking...light..."
12  Alethea enters..."                   "Kat's ready for us..."
    "(Flickering...lights outline...)"

13
14  **Script:**                          **Book:**
    "Moro...slides down...wall           "...Magna's shoulders are slumped
15  onto...floor."                       ...his head is bowed.
    "...he's too winded."                He seems exhausted, weak."
16  "...back against the wall..."        "He looks up..."
    "...Moro sits...his amber face glows." His face...starts to glow."
17  "...wipes a tear...and looks up."

18  **Script:**                          **Book:**
    "Mr. Moro stretches...hands like an  He lifts one hand...a glowing orb...
19  olive branch being offered."         in his palm...outstretched arm..."
    "...pulls a shiny...cross from...pocket...

20  **Script:**                          **Book:**
    "...backpedals from shock."          "He's doubled over...head in...hands."
21  "He rests against the wall."         "My apologies for offending you,
    "...he's too winded."                Magna," Kat says to the avatar.
22  Please...forgive me!"
    "I did not recognize you.
23
24  **Script:**                          **Book:**
    "You go ahead. Open...gate without me "...with one arm...points at the exit
25  ...Now, go quickly!"                 on the far side of the cavern."
    "They run ahead..."                  "Go through the exit, Milo.
26  "The gate will close soon."          Close off Otherworld to visitors."
    "He points in the...direction..."    "Keep...running
27  "Pass under the archways, to the end."
    "You will not miss the last hall."

28  **Script:**                          **Book:**
    "Julian...struggles..."              "...struggling to sit up."

-51-

| | |
|---|---|
| "Mr. Moro backpedals…slides down… .wall onto the floor." | "He takes a few steps back until he's standing against the wall…" |
| "Julian…on…ground catching his breath." | "Don't bother getting up…" |
| "He uses…wall to brace himself…sits up." | "…time to go…" |
| "Please…just tell me…" | "Right after you tell me…" |

**FF.** Mlle and Alethea are at the Gateway (*watery, windswept corridor*. Mlle gives Alethea a pair of special (VR) goggles to enter the portal.

Simon, Kat (and Gorog) reach the Glacier (*watery, windswept tunnel*) Bursara (aka: The Clay Man) gives Simon a special VR visor to enter at the portal.

*A bright blue light* shines beyond the doorway, *spilling through cracks* (in the doors) down the hall. Mlle *opens the doors. A rush of cool wind spills through the corridor*. Julian arrives at the end of the hall, overcome by *blinding light*, wind, and a loud droning sound. He watches as Alethea disappears into the portal. They are not alone

A *bright blue light* shines beyond the cracks, *spilling into the cave*. The *door to the portal opens. A whoosh of cool air spills through the tunnel*. Simon arrives at the end of the tunnel *blinded by light*. He's dazzled by sights and sounds. He holds onto Kat and watches as she disappears into the portal. They're not alone.

Mlle Femmale *stands in front of the doors watching*. Julian hesitates for a moment, *runs and pushes past Mlle Femmale*. He breaches the *portal doors, leaps into the light* and tackles Alethea. The *wind reverses* and the doors slam shut. *Banks of lights on the ceiling* shut down in succession down the corridors. When Alethea and Julian cross over a bright light fills the screen. The first thing they see is a strange *face staring down* at them.

The Kishka *stands in front of the doors watching*. Simon hesitates for a moment, and then *barges past The Kishka*. He *runs through* the portal's *doors and disappears into the light*. Simon is *enveloped* by the light that surrounds him. A *cool air blows through the tunnel*. When Simon crosses over, the first thing he *sees is a ceiling* and strange *face staring down* at him.

**Text Example:**
**Script:**
"A powerful blue light emanates beyond the doorway."
("A bright blue light shines through…")
"They are caught off-balance by a powerful droning sound…gust of wind."
"…caught off-balance by the bright light, wind, and sound."

**Book:**
"There's an electric-blue light shining through the cracks."

"…the whole building groans like some massive beast…"

**Script:**
"Burnt out fluorescent lights illuminate a long empty hallway."
"…fluorescent lights buzz overhead."
"…lights shut down one by one."

**Book:**
"The fluorescent light over our heads begins to flicker on cue, lending the scene a delightful horror-film quality."

**Script:**
"A powerful blue light emanates

**Book:**
"…I…see ragged rock walls…

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

beyond the doorway…projects through the glass into the hallway…"
"(…blue light shines through…waterfall inside the gateway…)

cavern…bathed in…ethereal blue light."

**Script:**
"Cool wind spills through…"
"The temperature…drops."
"(…gust of wind.)"
"He's caught…by…bright light, wind…"

**Book:**
"…the frigid wind whipping around us."
"We move…across the treacherous ice."

**Script:**
"…corridor…turned into a…pool of water."
"He's caught…by…bright light, wind…"
"Alethea passes through…waterfall."
"Julian plunges into…waterfall."

**Book:**
"…the blinding glare from the sunlight…difficult to detect."
"…the water beneath…"

**Script:**
(…bright blue light shines through a fast-moving waterfall inside…Gateway.)"
"…altered from The Gateway. Their garments are…marked with blue streaks…girl's…hair…blue streaks."
"…just a little banged up."

**Book:**
"…my avatar's going to be black and blue from…ice…pelting it."

**Script:**
"Julian…at the end of the corridor…breaks into a mad dash."
"Alethea passes through…"

**Book:**
"I hurry after Kat…"

**Script:**
"Mlle. Femmale cups her hands…"
"Alethea covers her ears."
"(…Her eyes glow…face and neck are translucent…energetic light-being is…revealed…)"

**Book:**
"Close your eyes," Magna orders Kat…"
"He…places his palms on…her face. One hand remains cold gray stone while the other glows red."

**Script:**
"Alethea…grabs…hairbrush…"
"…surge of energy travels…into her hand …hairbrush glows…eyes turn amber red."

**Book:**
"Reaching…to grab the glowing hand…

**Script:**
"You go ahead. Open…gate without me… Now, go quickly!"
"They run ahead…"
"The gate will close soon."
"The Gateway?"
"He points in the…direction…"

**Book:**
"…one arm…points at the exit on the far side of the cavern."
"Go through the exit, Milo. Close off Otherworld to visitors."
"Keep…running

**Script:**
"(…a powerful droning sound…)"
"…caught off-balance by…bright light…"
"Julian sprints down the hall…tackles

**Book:**
"…blindingly bright…I'm dazzled,
… I hear…explosion…keep going…
dragging Kat…"

**Script:**

**Book:**

COMPLAINT

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

"A powerful blue light emanates…"
"Julian sprints down the hall.
He pushes past Mlle. Femmale…"

"I barge past him, through the light."

**Script:**
"Cool wind spills through the corridor."
"The temperature quickly drops."
"Mlle…opens The Gateway doors..."

**Book:**
"My heart is racing…air seems thin"
"…door open…a whoosh of cool air."

**GG.** Julian and Alethea cross the portal together. They wake (side by side) covered in dust in Otherworld's vast desert terrain. They're not alone. An Otherworld guardian/guide, The Watcher, expects their arrival. The affects of the Gateway alter their appearance; they arrive as children (a boy and girl) with special hidden powers. The unexpected landscape and strange looking guide sparks a repartee of back and forth dialogue that hints at their secret connection to one another, the journey traveled, and (foreshadowed) events yet to come. Their arrival also attracts hidden enemies that cloak at will and watch over them.

Simon, Kat (and Gorog) cross the portal together. They wake (side by side) covered in dust in Otherworld's vast desolate terrain. They're not alone. An Otherworld guide, Moloch, expects their arrival. They're also surrounded by children creatures (boys and girls) with special hidden powers. The unexpected landscape and strange looking guide sparks a repartee of back and forth dialogue that hints at their secret connection to one another, the journey traveled, and (foreshadowed) events yet to come. Their arrival also attracts hidden enemies that can cloak at will and watch over them.

**HH.** A bright sun fills the screen. A desert landscape with dunes, a flowing creek and mountains is revealed. The Watcher treks the desert expecting Alethea's and Julian's arrival. The creature gazes at the sun. A breeze blows across its face.

A bright sun fills the screen. A vast barren landscape with flowing water and mountains is revealed. The Clay Man treks the desert expecting Simon's arrival. Simon gazes at the sun. A breeze blows across his face.

The Watcher is half-man/half-animal. It has *hollow eye sockets* and a *hollow-nose bridge.* The creature wears a mechanical owl shaped mask (with goggles) and a makeshift nose bridge that lodges into its *hollow eye sockets.* The Watcher *doesn't speak, only screeches.* The Watcher carries carries a twisted walking stick.

The Goat Man is half-man/half-animal. It has animal shaped eyes and a *hollow-nose bridge.* Another creature (Tall Beast) wears a boar mask with a makeshift nose bridge that fits over its *hollow eye sockets.* The Tall Beast *doesn't speak only grunts.* The Clay Man carries a gnarled staff.

**Text Example:**
**Script:**
"A bright sun fills the screen…"
"…gourd…dunked into…flowing creek."
"…creature stops to peer at the sun."

**Book:**
"I see the sun…light permeates… hear water rushing…

**Script:**
"The Watcher stops…faces the wind.

**Book:**
"A breeze tickles my face. I detect

1  It stares…for atmospheric signals."
   "Feathers protrude from its face
2  and sway in the wind."

   movement through my eyelids..."

3  **Script:**
   The Watcher: "...treks the desert…"
4  "Medicine sacks...hang around its neck."
   "…creature holds…twisted walking stick..."
5

   **Book:**
   "...man holds a gnarled staff."
   "An amulet hangs around his neck…"

6  "...gourd…dunked into…flowing creek."
   "The Watcher…treks the desert..."
7  "It screeches and waves its stick."

   **Book:**
   "…something…at the end of the path."
   "...what it can do with it's staff."
   "...blue stream flowing beside the path."

8  **Script:**
   "...gourd is dunked into water..."
9  "...a flowing creek."
   "Sand dunes and mountains...appear."
10 "...plods along the sand dunes..."
   "…across the desert floor."
11

   **Book:**
   "I've been hiking..."
   "...wandering a wasteland while
   mountains ahead..."
   "...boulders dot the landscape..."
   "...spray of…water..."

12 **Script:**
   "Sand dunes and mountains...appear."
13 "...plods along the sand dunes..."
   "...walking across the barren desert..."
14 "...girl peers out into the desert."

   **Book:**
   "...tall rocky outcropping..."
   "...across the treacherous terrain."
   "I scan the horizon."
   "...has an unusual peak."

15 **Script:**
   "(...protective beak hides…hollow
16 nose-bridge.")
   "...owl-shaped lenses..."
17 "...half man/half owl-like creature."
   "What...is this anyway?"

   **Book:**
   "His nose has no bridge..."
   "...amber eyes are thick black dashes."
   "...never seen anything like…
   goat man..."
   "What are you?"

18 **Script:**
   "I am The Watcher sent by
19 The Others to fetch you."

   **Book:**
   THE OTHERS (Book Chapter)

20 **Script:**
   "He sure is tall..."
21 "The girl looks...up at the creature."
   "...pant-skirt, cloak..."
22 " (hollow nose-bridge.)"
   "...owl-shaped lenses..."
23

   **Book:**
   "The cloak..."
   "...woman glances up at the ogre..."
   "...towers over...us."
   "...a loin-cloth...from hide..."
   "...flat-nose and giant amber eyes."

24 **Script:**
   "...half man/half owl-like creature."
25 "Eye sockets droop and fold over its
   scaly skin."
26 "…mechanized steam-punk goggles
   made of large owl eyes."
27 "…dislodges the goggles...leaving
   behind droopy, empty sockets that
   sag and fold."
28

   **Book:**
   "…human…body with…head of…boar."
   "The eyeballs have rotted away and
   their sockets are empty black holes."
   "Inside are two…eyes. Then a face takes
   shape around them."
   "The boar's head is a mask."

   **Script:**

   **Book:**

-55-

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

1  "The boy...squints from the...sun...  "...my vision's blurred."
   "Gourds hang from...chest-strap and  "...glimpse of the giant man's belt..."
2  waist belt..."
   "...medicine sacks made of  "...shoves...into a rough sewn sack."
3  leather and burlap...around its neck."

4  **Script:**  **Book:**
   "...mechanized...goggles...dislodges...  "...no longer wearing the boar's head..."
5  from its rough and scaly face."  "...body is...encrusted...cracked
   "Molten feathers protrude from its face..."  like a dry lake bed...pale white flesh..."
6

   **Script:**  **Book:**
7  "...pant-skirt, cloak...leather...burlap..."  "...clothing is a pair of patchwork pants
   "It clicks...goggles into place  made from different shades of leather."
8  (the lenses refocus)."

9  **II.** The Watcher *pulls a worn sepia*  Don *pulls up an old photo* of a kid
   *photo* from a leather pouch, and  from his device (cell phone). Don
10 double checks the image to  and Simon double-check the photo
   make sure the boy (and girl)  to make sure the boy laying (in a
11 laying on the ground matches  bag) next to them matches the
   the image in the photograph.  image in the photograph.
12
   The Watcher raises its stick and  A creature raises its spear and
13 *prods Julian (young boy) in the*  *prods Simon in the stomach.*
   *stomach.* Julian wakes to the sun  He's on the ground laying next
14 on the ground. He lays covered  to the (female) creature as the sun
   in dust next to Alethea (young girl).  rises. Ragnar's (The Beast) eyes
15 The Watcher cleans and refocuses  are out of focus. It stares at Simon
   its lenses to see clearly. It looks down  and beams down at the creature.
16 at Julian and Alethea. Julian squints  Simon is dizzy and tries to stand.
   and looks up at the creature. Foggy-  Vision blurred, he inspects the beasts'
17 headed, he tries to stand. He nudges  clothing and looks up at the sinewy
   Alethea. She sits up to inspect the tall  creature, noticing its razor sharp
18 creature's clothing, and notices its long  claws. The creature extends a hand
   *claws.* It extends its arm and claws.  and inspects its *long claws.*
19

   **Text Example:**
20 **Script:**  **Book:**
   "The creature...rummages inside a  "...pulls out...picture of a kid...
21 pouch and pulls out a warn sepia  must be an old photo...the boy...
   photograph...picture...of a ...BOY..."  picture is up-to-date"
22

   **Script:**  **Book:**
23 "...sun fills the screen."  "...sun...rising..."
   "It grabs...walking stick and...prods  He doesn't speak...the spear point he's
24 the stomach of a YOUNG BOY..."  thrusting at me...I feel the spear's tip..."

25 **Script:**  **Book:**
   "...goggles made of large owl eyes..."  "Yellow eyes and razor sharp claws
26 "...The Watcher's claws..."  extending from the end of each finger."

27 **Script:**  **Book:**
   "...girl looks...up at the creature."  "Ragnar beams down at the creature..."
28 "The Watcher looks down..."  "When I stand up, I'm dizzy and
   "The boy stands..."  disoriented...I stumble forward."

"My head's a bit foggy."
"...a little banged up."

**Script:**
"...unravels from...Watcher's claws..."
"You will be in good hands,
claws actually."
"Claws?"

**Book:**
"She holds a hand out...examines
her claw like nails."

**Script:**
"YOUNG GIRL...laying beside him
...covered in dust."
"...barren desert..."
"The boy stands...helps...girl up.
They dust themselves off..."
"The boy stares into...landscape."

**Book:**
"I open my eyes...I'm lying next to...
Gorog's...face inches from mine."

"Gorog leaps to his feet..."
"Red dust devils criss-cross
the landscape behind him..."

**Script:**
"The Watcher...plods along the sand
dunes casting long shadows across
the desert floor."
"Figures walking across...barren desert..."

**Book:**
"Someone's coming."
"...traveling towards...appears to be the
only road..."
"...a man gets out alone to greet us."

**Script:**
"The creature...rummages inside a pouch
and pulls out a worn sepia photograph."

**Book:**
"...blueprint photo I found in
the...bag..."

**Script:**
"The boy wakes and sits up in dismay."
"The Watcher looks down at the boy..."
"My head's a bit foggy."
"...a little banged up."

**Book:**
"His face appears above me."
"...struggling to sit up."

**JJ.** Julian stands and helps Alethea up.
They *shake dust* from their clothes.
Alethea peers into the desert land-
scape. They stare at the strange
creature. Julian has never seen
anything like it. He's a bit scared
Alethea is in awe. The Watcher is
*half-man/half-animal*. The creature
has *hollow eye-sockets*, and a *hollow
nose-bridge. Leather skin pouches* hang
from its *neck*. The creature carries a
*twisted walking stick*. It is clothed in
a leather pant skirt, cloak, and tall hat.
The Watcher screeches, *raises its stick*
and *points* to the direction of travel.

Simon rises to his feet and
*shakes dust* from his body. He
scans the treacherous terrain
and horizon. Simon stares at the
strange looking creature, he's
never seen anything like it.
He's a bit freaked out. The
Goat Man is *half-man/ half-animal*.
The creature has a *hollow nose
bridge. Leather skins hang* around
its *neck*. It carries a *gnarled staff*.
The Goat Man (Avatar) is clothed
with a leather pelt and loin cloth.
The Goat Man *lifts its arm* and
*points* to the direction of travel.

**Text Example:**
**Script:**
"The boy stands and helps the girl up."
"They dust themselves off..."
"...Watcher points to...direction of travel."
Y. Girl: "I think you've already met one."

**Book:**
"I rise to my feet and shake the dust..."

"...headed in the right direction."
"Who were they?"

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

1
2
3

**Script:**
"Sand dunes and mountains...appear."
"...plods along the sand dunes..."
"...walking across the barren desert..."
"...girl peers out into the desert."

**Book:**
"...tall rocky outcropping..."
"...across the treacherous terrain."
"I scan the horizon."
"...has an unusual peak."

4
5
6
7
8

**Script:**
"...half man/half owl-like creature."
"...leather...sacks...around its neck."
"...pant-skirt, cloak..."
"Aren't you the least bit scared..."
"Watcher motions with its stick."
"The Watcher points to the direction of travel."

**Book:**
"It's not a goat...It's a man."
"...goat-skin fastened around his neck."
"Under the pelt...a loin-cloth."
"...never been as freaked out..."
"He lifts...arms and points..."

9
10
11
12
13
14
15
16
17

**KK.** Julian didn't expect to see such a creature like The Watcher, nor be in such a vast desolate terrain. Alethea and Julian converse about; where they are, how they got there, if they've been here before, and if each other is okay. There's a moment of mutual recognition that soon turns weird. Their existence in this strange world world is unsettling. They question and mentally test each other to be sure Julian asks Alethea is she's been to this terrain before (in Otherworld). Also, if she's *afraid;* Alethea says she's not and asks, "Should I be?" She asks if he's afraid. Julian hides it.

Julian didn't expect to see such a creature like The Clay Man, nor be in such a vast desolate terrain. Simon, Gorog (and Carol) converse about; where they are, how they got there, if they've been here before, and if each other is okay. There's a moment of mutual recognition that soon turns weird. Their existence in this strange world is unsettling. They question, and mentally test each other to be sure. Simon acknowledges he's been to this terrain before (in Otherworld). He's questions (himself) why he's not *afraid.* He wasn't before and says, "I should be...But I'm not."

18
19
20
21

**Text Example:**
**Script:**
"She calls to him...waits for a reaction."
"I've seen you before."
"I know. I've had the same experience..."
"How did you know how to get here?"
"...I was going to cross there."

**Book:**
"...a jolt of recognition.
I've seen this avatar somewhere..."
"I don't know how..."
"Where are you going?"
"I don't really know..."

22
23
24
25

**Script:**
"He sure is tall..."
"The girl looks...up at the creature."
"...pant-skirt, cloak..."
" (hollow nose-bridge.)"
"...owl-shaped lenses..."
"The Watcher looks down..."

**Book:**
"The cloak..."
"He's looking for a girl..."
"...woman glances up at the ogre..."
"...a loin-cloth...from hide..."
"...flat-nose and giant amber eyes."

26
27

**Script:**
"Are you a Seer?"
"Are you?"
"...really weird..."

**Book:**
"Is she dead?
"Are you dead?"
"...took a turn for the weird..."

28

**Script:**
"What were you expecting?

**Book:**
"We're not in heaven?"

"What kind of world is this…"
"A very strange one…"
"You were going to cross The Bridge, weren't you?"

"So where are we?"
"You don't have any idea how you got here, do you?"

**Script:**
"Otherworld?"
"This is Otherworld?"
"This is it. At least part of it."
"I wasn't expecting this?"

**Book:**
"You're saying we're in the Otherworld?"
"This is Otherworld?"
"Otherworld?" Carol asks."

**Script:**
"Are you okay?"
"Yeah, I think so.

**Book:**
"Are you sure you're going to be okay?"
"Yeah," Bursara says…

**Script:**
"…boy wakes…squints from the…sun…
The Watcher looks down at the boy"
"What were you expecting?"
"He gives her an odd look then looks…at the creature."
"I wasn't expecting that."

**Book:**
"Sun is streaming in…"
"There's someone bending over me, but all I can see is the blurry outline of a head. Still, it's not the head I was expecting."
"…the face begins to come into focus."

**Script:**
"Are you okay?"
"I don't think so."
"We better catch up…boy starts walking."

**Book:**
"Is everything okay?"
"Nothing's been okay for…some time.
"We've got to get moving."

**Script:**
*"Welcome to Otherworld.*
*Your arrival has been expected.*
*I am the Watcher sent by The Others*
*to fetch you. I will escort you safely*
*to your next destination…"*
"What were you expecting?"
"I wasn't expecting that."

**Book:**
"Welcome to Imperium."
"My name is Moloch. I'm the Elemental in charge of this realm.
I guess I wasn't expecting the dude…"
"…I've been waiting for you to arrive."

**Script:**
"His eyes scan upwards…"
"The Watcher looks down at the boy…"
"…YOUNG GIRL…beside him.

**Book:**
"…see that someone is standing over me.
It's the young girl…

**Script:**
"Are you okay?" and "I'm all right."
"Have you been here…?"
"I've seen you before"
"I know. I had the same experience…"
"How did you know…"

**Book:**
"It's okay," I tell her.
"We're in this together now."
"I know," she says.
"…it feels like you've been with me the entire time."

**Script:**
"A bright sun fills the screen…"
"A desert landscape comes into focus."
"…gourd is dunked into a flowing creek."
"Have you been here before?"
"You don't seem scared at all."
"Should I be?"

**Book:**
"…the blinding glare from the sunlight… difficult to detect."
"…the water beneath…"
"I wasn't afraid the last time I was here.
I should be terrified now. But I'm not."
"…nowhere I'd rather be…with Kat."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

1  "…girl runs…The boy extends his hand…"

**LL.** The Watcher treks a vast desert landscape waiting for Alethea and Julian's arrival. Julian isn't expecting this kind of creature. The Watcher welcomes them with a scroll of *large text spelling its name*. The text also says that Others are *expecting their arrival* in Otherworld. The sun will be setting soon and they need to move on before it gets dark. Their *guide starts walking ahead, eager to get to the next destination*. Julian jogs on ahead. He calls to Alethea to *hurry* and *catch up*. The Watcher *screeches* and *points* to the direction of travel. Julian and Alethea trek across the *vast desert landscape* with The Watcher.

Moloch travels across a barren red wasteland waiting for Simon, Kat's (and Gorog's) arrival. Simon isn't expecting to see this sort of avatar. Moloch welcomes them in a helmet with *large text that spells out his name*. He tells Simon, he and others are *expecting their arrival* in Otherworld. The sun will be setting soon and they need to move on before it gets dark. Their *guide is in a hurry to reach their destination*. Simon thinks there's a chance to *catch up* to Kat who's *walked on ahead* of them. Simon *points* and Gorog *grunts* to the direction of travel. Simon, Kat (and Gorog) trek *across the red barren landscape* with Moloch.

**Script:**
"Wherever…we're going…better catch up."
"…boy starts walking. He turns…and calls."
"Hey, aren't you coming?"
"The girl runs to the boy…together following The Watcher into the desert."

**Book:**
Bursara goes…without hesitation."
"…going to follow a random drone…?"
"I catch up with her and together we hike through the forest."

**Script:**
"A bright sun fills the screen."
"…walking across…barren desert…"
"…a little banged up."
"C'mon hurry up!"
"…points in…direction of travel."
"…Watcher…screeches and waves."

**Book:**
"We start walking…"
"…sun begins to sink…
too exhausted to form words… I point.
Gorog grunts…we pick up speed."
"The red wasteland…"

**Script:**
*"Welcome to Otherworld. Your arrival has been expected. I am the Watcher sent by The Others to fetch you.*
"I'll tell you on the way."

**Book:**
"He's been waiting for me?"
"You knew Simon was coming?"
"I've heard you're on your way…"

**Script:**
"…Watcher motions…to follow."
"We better catch up."
"…did you know I was going to cross…?"

**Book:**
"…you'd…be following her."
"…a chance to catch up to her."
"…Kat predicted I'd be following her."

**Script:**
"…I will escort you…to your…destination."
"…points towards the direction of travel."
"…across the barren desert…terrain…"

**Book:**
"…we travel down the dirt road…"
"…in a hurry to reach our destination."

**Script:**
"C'mon, hurry up! You're falling behind!"
"The girl runs to the boy.

**Book:**
"She takes my hand.
"Come on--let's get…"

-60-

1 | "He reaches out his hand and grabs hers.       "We walk side by side…"
    They run together following the Watcher…"

2

**Script:**                                      **Book:**
3 | "THE WATCHER…plods along…dunes..."           "…scanning the landscape for any
    "…walking across the barren desert..."        sign of our escorts.
4 | "…girl peers out into the desert."
    "I will escort you…to your next destination."

5

**MM.** Julian searches for off-limits terrains          Simon searches for off-limits terrains
6 |        and hidden portals on the outskirts              and hidden portals on the outskirts
         of Fray Town that lead to the deeper             of Imperium that lead to the deeper
7 |        terrains of Otherworld. He seeks to             terrains of Otherworld. He seeks to
         go beyond *lower-level* realms, and              go beyond *lower-level* realms, and
8 |        must acquire the aid of somewhat                must acquire the aid of somewhat
         untrustworthy guides and surprise                untrustworthy guides and surprise
9 |        allies (Charlatan, Station Captain,             allies (Gorog, Carol, Bursara, Elvis,
         Moro, Mlle Femmale and the Dancer)              Marlow, the Kishka and Pomba-Gira)
10 |       When betrayed or thrown off course              When betrayed or thrown off course
         he stops at nothing, even if it means           he stops at nothing, even if it means
11 |       killing to fulfill his mission. Julian          killing to fulfill his mission. Simon
         will encounter a mix of deadly foes             will encounter a mix of deadly foes
12 |       and inhabitants in The Fragmented               and inhabitants in The Wastelands,
         World, seeking to *detour* him from              seeking to *detour* him from gaining
13 |       gaining access to Otherworld, like;             access to Otherworld, like; flesh-eating
         *flesh-eating Lepers, blood-draining*            *Cliff Dwellers, blood-draining*
14 |       *Black Vapors,* and a *pair of deranged*        *Black Swarms,* and a *pair of homicidal*
         Shadow Walker Agents (*Twins:*                   *engineers (Matt and Todd) that secretly*
15 |       *Egon and Otto) that secretly work*             *work for Milo Yolkin, (Creator of*
         *for Sir Real (Creator of Otherworld).*          *Otherworld).*

16

**NN.** Julian makes his way through the                 Simon makes his way through the
17 |       darker sides of the Fragmented World            darker sides of the Wastelands with
         with The Charlatan to abandoned,                Gorog (and Carol) to abandoned,
18 |       dangerous, exotic, seedy, *lower-level*         dangerous, exotic, seedy, lower-level
         locales found in Fray Town, like the            locales found in Imra, like the *exotic*
19 |       *exotic bar* (FIXATE), where a Mara            *bar* (Resort of The Future) where an
         dancer *conjures an elaborate vision*            Elemental dancer (Pomba-Gira) *conjures*
20 |       *of Alethea (for Julian). Their drunken*        *an elaborate vision of Kat (for Simon).*
         *detour* is fueled by his untrustworthy          Their *drunken detour* is fueled by his
21 |       companion, the *Charlatan,* who *seeks*         untrustworthy companion *Arkan* (aka:
         *to spend more time in the lower-level*          Bursara),who *seeks to spend more time*
22 |       *terrain* stalling Julian's mission, and        *in the lower-level terrain* stalling Simon's
         the dangers that lay ahead.                     mission, and the dangers that lay ahead.

23

**Text Example:**
24 | **Script:**                                      **Book:**
    "…two men sit at a table littered with           "…litter problem…at the Last Resort."
25 | bottles, shot-glasses…overflowing ash tray."    "Bottles…cigarette butts…everywhere."
    "Julian lights his cigarette…takes a drag."     "Smoke pours from the entrance…"
26 | "…Charlatan finishes his cigarette..."          "…the place is too dimly lit."
    "Julian scans the dim-lit room."

27

**Script:**                                      **Book:**
28 | "…Charlatan can't contain…drunken lust."        "…not just drunk, he's…shit-faced."
    "I'm not staying…more…You finish up..."         "at…bar…more than…couple of hours."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

**Script:**
I'll show you the way…I'm not stepping…"
"You're gonna take me to The Bridge…"
"…make like a…ghost and disappear."

**Book:**
"I know how to find the exit…
I can get you out of here."
"…abandon the knight…"

**Script:**
"…I happen to relish my low level
existence right here, thank you…"

**Book:**
"You are not going to believe what
they've got on the lowest level."

**Script:**
"…back out…see what happens…"
"…have I been…unreliable?
I got you this far…?"

**Book:**
"…make yourself useful and help us…"
"For your information,
I've been very useful…"

**Script:**
"I'm getting a double…it's on you,
MY FRIEND."

**Book:**
"… a complimentary
bottle of champagne?"

**Script:**
"…three Asian dancers…morphs into
three Tantric Priestesses…"
"Alethea's face flashes across…torsos…"
"Julian is transfixed."

**Book:**
"The lava…produced another female."
"…expecting…to appear…sight of Kat…"
"…image out of my memory."
"…drags me in like tractor-beam."

**Script:**
"Alethea's face flashes across…torsos…"
"She seeks to penetrate, merge… UNIFY."
"Embrace what is…Surrender."

**Book:**
"…sounds…smells…feels like Kat…"
"We don't have to be apart anymore.
"Isn't that what you want?"

**Script:**
"Alethea's face flashes across…torsos…"
"Julian is transfixed…dumbfounded."
"…DANCER returns to her former body."
"…your gift for conjuring illusions…"

**Book:**
"…Pomba Gira conjured…copy of Kat
it was like a mirage taunting
a man…lost in a desert."

**Script:**
"I'm not staying one more night in
this fragmented…town."
"…Charlatan manages to drag Julian to…
exotic bar…his self--medicated detour."

**Book:**
"…detour to Imra was unexpected. You
were never meant to be there…this long."

**OO.** The Charlatan knows about the
hidden inner-workings of Otherworld,
the presence of other mysterious
inhabitants, and about Sir Real
(Creator of Otherworld). He secretly
works for Sir Real and his dark agents.

Bursara knows about the hidden
inner-workings of Otherworld,
the presence of other mysterious
inhabitants, and about Milo Yolkin
(Creator of Otherworld). She secretly
works for Milo Yolkin and his engineers.

**PP.** Julian and the Charlatan must survive
violent assaults and cloaked attacks
from *flesh-eating Lepers who control
The Bridge, a dangerous foot tool-
way (between two cliffs) in a barren
canyon area of Fray Town.* All *those
seeking to cross the Bridge,* must

Simon, Gorog (and Carol) must survive
violent assaults and cloaked attacks
from *flesh-eating Cliff Dwellers
who control The Canyon, a dangerous
foot toll-way (between two cliffs)
in a barren area of the Wastelands.*
All *those seeking to cross the Canyon,*

COMPLAINT

*pay tokens and gifts to the Lepers.* for safe passage across the toll bridge. *If one is caught stealing offerings, the payment is flesh and bone.* The Bridge lays between another (off-limits) terrain; an abandoned Industrial Neighborhood/Power Plant Complex on the far-outskirts of Fray Town's (edge of The Fragmented World).

*must pay tokens and gifts to the Cliff Dwellers* for safe passage across the toll bridge. *If one is caught stealing offerings, the payment is flesh and bone.* The Canyon lays between another (off-limits) terrain; an abandoned Industrial Neighborhood/Power Plant Complex on the far-outskirts of the Wastelands

**QQ.** Black Vapors (dispatched by Sir Real) and flesh-eating Lepers cloak and hide in darkest corners of Fray Town. They haunt and terrorize the Charlatan, threatening to kill and eat him for stealing trinkets, gifts, and offerings given to them for payment to cross the Bridge.

The Black Swarms (dispatched by Milo Yolkin) and flesh-eating Cliff Dwellers cloak and hide in dark caves within The Canyon. They threaten to kill and eat Gorog (and Simon) for stealing diamonds (hoarded trinkets, gifts, and offerings) given to them for payment to cross the Canyon.

**RR.** Julian channels his aggression into his feet. Before The Charlatan's body is drained and reduced to a pool of blood. He gives the Charlatan an ass-kicking he'll never forget, *kicking him until he can't take anymore.* Julian's buried urge to kill him passes. The Charlatan cries out for Julian to "Get it over with!" *He wants Julian to hurry up and kill him before flesh-eating Lepers tear him apart and eat him.* Instead, two cloaked agents and a Black Vapor swoop in to make the kill.

Simon channels his aggression into his feet. Before his opponent's bodies are drained and reduced to a pool of blood. He gives his enemies an ass-kicking; *kicking* them until their bodies can't take anymore. Simon's buried urge to kill another avatar passes. Carol cries out for Simon to *"Get it over with!" She wants Simon* to *hurry up* and *kill the avatar before blood-sucking assholes take him out.* Instead, Carol swoops in with a cloaking cape and makes the kill.

**Text Example:**

**Script:**
"I'm gonna fucking kill you."
"The Charlatan...covered in dirt...blood..."
"I'm not gonna kill you."

**Book:**
"...irresistible urge to kill him passes."
"...I just stopped myself from killing."
"I saved its life, and it's still attacking."

**Script:**
"Julian holds on...tries to subdue him."
"..Charlatan stops breathing...collapses."

**Book:**
"The avatar slips off my shoulder.
It's dead when it lands at my fee

**Script:**
"Julian kicks him again."
"Julian kicks him harder."

**Book:**
"I kick the corpse over and over again..."

**Script:**
"They're everywhere!"
"I don't want to get...fed to the Lepers."
"...Come on, GET IT OVER WITH!"

**Book:**
"Hurry!" She urges. "Get it over with!
"...before...these bloodthirsty assholes takes him out."

**Script:**
"He squirms...tries to dodge his kicks."

**Book:**
"I give Ylva a kick...

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

"He squirms on the ground."
"...stops breathing and collapses.

**Script:**
"Charlatan's face..covered in dirt, blood…"
"Warm blood drips to the ground…"

**SS.** The Charlatan (and Julian) are ambushed by flesh-eating lepers. *Cloaked agents Egon and Otto* lurk undetected with their *camouflage suits,* and secretly hide nearby. They capture, drain, and dispose of the Charlatan's body when Julian isn't looking. By the time *Julian turns around* to look back his *body has vanished.* A pool of blood and *chip bag only remains,* where his body was seen laying seconds ago.

**Text Example:**
**Script:**
"If I was a leper, I'd be setting a fine banquet and inviting all my friends to eat up."

**Script:**
""The Charlatan...collapses."
"Julian releases him…turns around…"
"His eyes scan...the wall."
"He turns around."
"…body has vanished into thin air."
"…a pool of blood where his body was…"

**Script:**
"The Charlatan spits out blood…"
"He groans and curls into a fetal position to absorb the pain."
"Everyone pays with flesh and bone."

**Script:**
"…don't want to get torn…fed to…lepers."
"Julian releases him…slowly turns around
"…body…vanished into thin air."
"…a pool of blood where his body was."

**TT.** Julian and The Charlatan must survive the threat of an *ominous Black Vapor,* an evil entity that *enters the orifices* of victims, suffocates them, dries out organs, *drains their blood and disposes* their brittle, mummified corpses (to another terrain). *The Black Vapor is dispatched by Sir Real (Creator of Otherworld)* The Black Vapor roams through

I can see…movement in her rib cage. She looks dead, but she's breathing."

**Book:**
"…daughter…lying on the floor… a stream of blood trickling…"

Gorog (and Simon) are ambushed by flesh-eating Cliff Dwellers. *Cloaked avatars* lurk undetected with their *camouflage suits,* and secretly hide nearby. They capture, drain, and dispose of a Cliff Dwellers body when Simon isn't looking. By the time *Simon turns around* to look back the *body has vanished. A pool of blood only remains, as a souvenir,* where the body was seen laying seconds ago.

**Book:**
"…dine on guests…too timid to enter the canyon…"

**Book:**
"I walk back out into the canyon.

The cliff dweller's body is gone. The only sign of him is a wide trail of blood left behind…"
"Someone…dragged him away."

**Book:**
"…second time I've been injured in Otherworld, and the pain is intense."

"…flesh-and-blood body…injured…"

**Book:**
"I glance back at the spot where the last body landed. There's nothing left but a red smear. How can we…make it without being killed and eaten?"

Simon, Gorog, Arkan, Carol must must survive the threat of an *ominous Black Swarm,* evil entity that *enters the orifices of victims,* suffocates them, dries out organs, *drains their blood and disposes* their brittle, mummified corpses (to another terrain). *The Black Swarm is dispatched by Milo Yolkin* (Creator of Otherworld) The Black Swarm roams through

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-64-

The Fragmented World terrains in of Otherworld killing, destroying and sucking the life out of anything that stands in its way.

The Wasteland terrains of Otherworld. killing, destroying, and sucking the life out of anything that stands in its in its way.

UU. Julian and The Charlatan must survive deadly threats and violent attacks from Shadow Walker (agents dispatched by Sir Real) stalking and terrorizing inhabitants in various terrains of the The Fragmented World and Otherworld.

Simon, Gorog, Arkan, Carol must survive deadly threats and violent attacks from soldiers, clones and engineers (dispatched by Milo Yolkin) stalking and terrorizing inhabitants in various terrains of the The Wastelands and Otherworld.

Julian and The Charlatan must outrun, outsmart, and outmaneuver *a pair of Shadow Walkers. Egon & Otto are deranged, destructive, homicidal twin brothers.* They secretly work as personal *agents/henchmen for Sir Real (Creator of Otherworld).* Egon and Otto, other Shadow Walker Agents, and beings dispatched by by Sir Real (or not) have special cloaking (camouflage) suits that allow them to blend in (and hide) in all types of environments in the Fragmented World and Otherworld. The *camouflage suits* are *used for stalking, spying,* and *ambushing victims with surprise attacks.*

Simon and Gorog must outrun, *outsmart, and outmaneuver a pair of engineers. Martin and Todd are a deranged, destructive, homicidal 'paired at the hip' duo.* They secretly work as personal *henchman for Milo Yolkin (Creator of Otherworld).* Other avatars in Otherworld dispatched by Milo Yolkin (or not) have special cloaking (camouflage) suits that allow them to blend in (and hide) in all types of environments in the Wastelands and Otherworld. The *camouflage suits* are *used for stalking, spying,* and *ambushing victims with surprise attacks.*

VV. Egon and Otto creep through the exotic club's backstage corridors blending into the dark hallways and corners filled with distracting décor. *A "Do Not Disturb" sign* is placed on a *dancers dressing room door. Egon enters and camouflages for a surprise attack* on a (Mara) dancer. Egon uncloaks from the décor and takes her prisoner. During the attack he notices a messy dressing table. After the assault, he *drops a (locator) device on the ground and crushes it under his boot.*

Martin and Todd creep through the facility's corridors. They blending into the dark hallways and corners filled with distracting décor. *An "Out of Order" sign* is placed on a *bathroom door.* An *enemy camouflages for a surprise attack* on Kat. He uncloaks from the décor and takes her prisoner. During the attack Simon notices a messy dressing table. After the assault, Simon *drops a device (phone) on the ground and crushes it under his shoe.*

*Egon (and Otto) make a surprise attack. Julian turns around* and sees *Egon barreling towards him.* Egon violently points *(above his head)* to a back bar where the Charlatan sits drinking. Egon launches onto Julian. They stumble. The Charlatan *swivels around* on his stool. Otto spots him. The Charlatan *runs into a back store*

A *crazed avatar makes a surprise attack. Simon spins around* just in time to see a *man barreling towards him.* He comes at Simon with an ax *raised above his head.* The avatar takes a swing, stumbles and recovers. Simon *turns around and runs away.* The crazed *avatar* doesn't give up and stays *right behind him.* Simon takes cover. *The avatar runs past*

-65-

room. Otto is right behind him. *He hides* in the dark behind a row of shelves. *Otto creeps past the shelves*. *He stops and calls out, "Come out, Come out wherever you are!"* The Charlatan throws a bottle cap. The *sounds makes Otto* look away with his *back turned*. *The Charlatan pops up (from hiding)* and smashes a bottle on his head. *Blood runs down Otto's face.*

*Simon's hiding spot* and *comes to a stop.* He calls out to Simon, *"Come out, Come out wherever you are!"* The man stomps in Simon's direction. A *sound is is heard* darting through trees. The *crazed man looks* in the direction of the noise *with his back tuned. Simon comes out of his hiding place and plunges* a dagger into his ribs. *Blood pours out of his body.*

**WW.** Julian gets help from the Station Captain. She knows Julian, but prefers to keep her secret identity cloaked and her intensions hidden Esse is an outwardly speaking, tough, street fighting, weapon yielding competitor, and colleague. She is an unpredictable (surprise) ally *who saves Julian's ass* and *helps him advance on his mission.* Esse has an *agenda/mission of her own* to *eradicate Sir Real. Esse* tells Julian, he's *better off not helping low-level inhabitants of the Fragmented World, nothing good comes of it. He should focus on his purpose (mission).* Esse secretly works at The Station (HQ) for Sir Real (Creator of Otherworld). She has access to intel on Otherworld beings, terrains, and Sir Real's dubious plan to kill Julian, and any other (initiates) seeking to uncover Otherworld's hidden secrets

Simon gets help from Bursara. She knows Simon, but prefers to keep her secret identity cloaked, and her intentions hidden. Bursara is an outwardly speaking, tough, street fighting, weapon yielding competitor, and colleague. She is an unpredictable (surprise) ally who *saves Simon's ass,* and *helps him advance on his mission.* Bursara has an *agenda/mission of her own* to *eradicate Milo Yolkin. Bursara* (as The Clay Man) *tells Simon he's better off not helping lower-level inhabitants of the Wastelands, he'll just get distracted. He should focus on his mission.* Bursara secretly works at The Facility (HQ) for Milo Yolkin (Creator of Otherworld). She has access to intel on Otherworld beings, terrains, and Milo Yolkin's dubious plan to kill Simon, and any other (players) seeking to uncover Otherworld's hidden secrets.

**Text Example:**
**Script:**
"He gets a chill…tries to cover up..."
"The cold hits him like a wall of ice.
Esse's Letter: "BTW, no thanks needed for the Kiss, it only kept your ass alive."
"Shit it's cold!"

**Book:**
"…really f-ing cold out here."
"…I will stay…and wait…
…That kiss shook everything…

**Script:**
"Finish what you started…WE started."
Esse's Letter: "BTW, no thanks needed for the Kiss, it only kept your ass alive.
"Don't come back until you do.

**Book:**
"And half the time…
she's the one saving your ass."
"…why you need to find her."

**Script:**
"Finish what you started…"
"...kept your ass alive."
"This time you will succeed..."

**Book:**
"My goal is to keep him alive until his mission has been completed.

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

**XX.** The Station Captain is presented in the script as a cloaked, mysterious character (and potential foe), who later revels herself (to Julian) as a secret ally who also seeks to eradicate Sir Real's control of Otherworld. *The Station Captain leads (and transports) Julian to the Power Plant Facility so he can unite with Alethea and cross into Otherworld (with her).*

Bursara is presented in the book as a cloaked, mysterious character, (and potential foe), who later revels herself (to Simon) as a secret ally who also seeks to eradicate Milo Yolkin's control of Otherworld. *Bursara (as the Clay Man) leads Julian to the Power Plant Facility so he can unite with Kat and cross into Otherworld with (with her).*

**YY.** Esse commands a pair of Shadow Walkers (agent subordinates) Egon and Otto to retrieve Julian and bring him to the Secret Hideout/HQ for questioning. *Egon threatens Simon, by telling him he should have offered-up and destroyed Julian like the flesh-eating Lepers.*

Geena commands a pair of Clones (soldier subordinates) to retrieve Simon, Gorog, and Carol and bring them to the Secret Hideout/HQ for questioning. *Geena threatens Simon, Gorog and Carol by suggesting they be offered to the flesh-eating Cliff Dwellers.*

**ZZ.** Egon is Sir Real's personal henchman He works in unison with Otto at the Station (HQ). Egon and Otto are Shadow Walker agents and secret personal henchmen for Sir Real. *Egon and Otto are referred to as a pair of "deranged twins."*

Martin is Milo Yolkin's personal henchman. He works in unison with Todd at The Facility (HQ). Martin and Todd are engineers and secret personal henchmen for Milo Yolkin. *Simon calls Todd and Martin the "homicidal couple."*

**A1.** Julian wakes (from being captured) and finds himself at The Station (HQ). *His hands and feet are bound to a chair by twins, Egon and Otto Julian's face is slapped, drool falls. Egon pinches his check and calls him a "prized jewel." Egon gets in his face, grits his teeth, smiles, and laughs at him with his chipped tooth.*

Simon wakes (from being captured) and finds himself inside The Facility (HQ.) *His hands and feet are bound to a chair by the duo, Todd and Martin Martin drools blood (previous fight with Simon). Carol pinches Simon's cheek and calls him a "sweet little thing." Martin gets in Simon's face, grits his teeth and laughs at him.*

**Text Example:**
**Script:**
"Egon…with a blood-stained grin…leans in and pinches his cheek hard."
Egon: "If you weren't such a prized jewel,

**Book:**
"She bends over and pinches him playfully on the cheek.
"Aww. You sweet little thing.

**Script:**
"Egon…with a blood-stained grin, licking his newly-chipped tooth."

**Book:**
"…he breaks into a…smile that's oddly charming despite his broken…teeth."

**Script:**
"His hands and feet are bound."
"The twins snicker.

**Book:**
"…bends forward to remove the zip-tie from my wrists."

**Script:**
"Otto cracks a painful smirk.
"…he gives him another hard slap …Egon…breaks into a sinister laugh.

**Book:**
"love to punch…smug look off… face."
"…he looks over at Martin, he seems to be expecting a laugh."

**Script:**
"Julian tilts...head to the side."
"Stop fucking around."
"Seek Big Mind in Otherworld..."

**Book:**
"...raises his eyebrows...tilts his head..."
"...you don't behave, you'll never...see Kat... in Otherworld."

**B1.** *Esse* gets up, *walks around her desk* and *sits on the edge* in front of Julian. She continues interrogating him, filling his head with information about unfortunate inhabitants and unconscious victims of Otherworld. Julian *plays along* with his captures. unaware of what's coming his way *The Captain reveals her secret intentions and swiftly intervenes. She administers a drug to Julian,* and skillfully *renders Egon and Otto temporarily lifeless.* The surprise attack leaves *Julian in shock, a bit slap happy, and feeling ill.*

*Martin walks to* a *nearby desk* and *sits on it.* He continues interrogating Simon, filling his head with information about the unfortunate inhabitants and un-conscious victims of Otherworld. Simon *plays along* with his captures unaware of what's coming his way. *The Nurse* (aka: Burara) *reveals her secret intentions and swiftly intervenes. She administers a drug to Martin, rendering him temporarily lifeless.* The surprise attack leaves *Simon in shock, a bit giddy, and feeling ill.*

**Text Example:**
**Script:**
"Stop giving hand-outs to bottom feeders."
"Nothing good comes of it."
"Not everyone shares in your purpose."
"Finish what you started…"

**Book:**
"...focus on your original mission."
"...can't afford to get distracted by the unfortunate souls you encounter here in Otherworld."
"...try to help...end up helping no-one."

**Script:**
"Tell me…What is it you desire most?"
"Is this a trick question?" comes."
"What do you want?"
"...I'll take you there myself."
"Where are you taking me?"

**Book:**
"What do you want?"
"Tell me now before someone else

"I realize this is my chance.
"I'm trying to stop this...But first I need to get out of here."

**Script:**
What is it you desire most?"
"...I'll take you there myself."

**Book:**
"So tell me what is it you desire most, and I will direct you to the realm…"

**Script:**
"His hands and feet are bound."
"The twins snicker.
"Esse stands...walks around the desk... sits on the edge...in front of Julian."

**Book:**
"...bends forward to remove the zip-tie from my wrists."
"...his hands bound…"
"Todd sits on a nearby desk."

**Script:**
"She gives him a penetrating look. He understands and plays along."

**Book:**
"Do you understand?" I nod again, but I'm gonna play it by ear."

**Script:**
"Egon…breaks into a sinister laugh."
"...Captain...observes from the shadows.
"Welcome back…You've been...missed."

**Book:**
"Todd laughs. "Milo's already here…"
"...the boss comes to see you?"
"I've been here before."

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

| | |
|---|---|
| **Script:**<br>Esse pulls two weapons...fires...<br>They drop like dead weights."<br>"I think I'm going to be ill." | **Book:**<br>"...the nurse...helped me escape..."<br>"...I suddenly want to vomit."<br>"I...got them...killed..." |
| **Script:**<br>"She pulls her lips away.."<br>"Swallow, I'll take you there..."<br>"Julian swallows the pill." | **Book:**<br>"There's a smile on her lips and a syringe in her hand, |
| **Script:**<br>"They drop like dead weights...<br>Blood pours from their wounds..."<br>"...where...did you learn that move?"<br>"...when you weren't paying attention." | **Book:**<br>"I glance down at Martin.<br>"How did you just..."<br>"Gave Martin...taste of his own medicine. Pretty clever, right?" |
| **Script:**<br>"Finish what you started--WE started."<br>"When you're there, you'll know what needs to be done."<br>"Seek...in Otherworld. That's what I want. | **Book:**<br>"I want to get you out of here so you can go back to Otherworld ...get Kat through the exit," Bursara is saying." |

**C1.** The Station Captain (Esse) is an unpredictable, super stealthy, weapon-yielding, surprise ally who saves Simon's ass. She has hidden death-defying moves that make others wish they were paying more attention. Her acrobatic killing skills are not to be underestimated. She's a (virtual) badass-- *not in the mood for games*

Carol is an unpredictable, super stealthy, weapon- yielding, surprise ally who saves Simon's ass. She has hidden death-defying moves that make others wish they were paying more attention. Carol's acrobatic killing skills are not to be underestimated. She's a (virtual) badass -- *not in the mood for games.*

**Text Example:**

| | |
|---|---|
| **Script:**<br>"Egon...with a blood-stained grin..."<br>"What do you have to say for yourself?"<br>"...speed it up, Julian, I'm not in the mood for...guessing games..." | **Book:**<br>"I'm not in...mood for fun and games."<br>"So? What do you think?<br>I can't help but smile. I'm starting to think we might actually get the hell out of this place..." |
| **Script:**<br>"That is for me to decide. WHEN, WHERE, and HOW!<br>"...you enjoyed your time on the fringes?" | **Book:**<br>"She decides who leaves and who stays."<br>"...guests have a chance to enjoy themselves..." |

**D1.** Esse appears as a fierce, dangerous, and vicious competitor to Simon. Julian is captured, taken to a secret HQ and held captive. Esse pretends to challenge Julian in front front of her fellow captures (and foes). Egon & Otto anticipate her making the final blow, instead, she makes a few quick calculated moves, that end up killing the twin subordinates that stand in her way. Esse sacrifices

Ylva appears as a fierce, dangerous, and vicious competitor to Simon. Simon is captured, taken to a secret lair and held captive. Ylva pretends to challenge Simon in front of fellow captures, spectators, and foes. Ragnar (and other creatures) anticipate Ylva making the final blow, instead she makes a few quick calculated moves, that end up killing another creature that stands in her way. Ylva sacrifices her avatar

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

her title and position in Otherworld, threatening the loss of her life.

**E1.** Esse gently strokes and cups Simon's face. She *wraps her limbs around him, whispers* in his ear (and kisses him). Julian thinks she's going to make the kill. In one swift (cloaked) move, no one saw coming, Esse kills Egon and Otto, saving Julian's life. The twins are *temporarily dead* (for now), but will soon transform into more dangerous beings. More agents will be dispatched and won't stop in destroying Julian, and his mission.

**F1.** Esse helps Julian escape. She tells him *she's done her part*, and many rely on him to succeed. Julian is the one to finish the mission. He must make a *sacrifice* and *not come back from Otherworld* until he's finishes liberating and saving unfortunate inhabitants controlled by Sir Real. Esse willingly sacrifices her position, and puts her life in danger so Julian can advance on his mission, to find the Gateway, unite with Alethea, and eradicate Sir Real.

**Text Example:**
**Script:**
"I've done my part, now...you do yours."
"Finish what you started…"
"Listen carefully."
"Seek Big Mind in Otherworld."
"That's what we...want, Julian... you will succeed."
"Esse's face begins to blur."
"Julian's eyelids are heavy."

**Script:**
"...surrender to a purpose…
"Never an easy sacrifice..."
Don't come back until you do."

**G1.** The screenplay ends on a cliff-hanger with Althea and Julian traveling through the vast desert alongside their Otherworld guide, The Watcher. Sunset approaches and they must hurry to their next destination before nightfall. They are being followed by cloaked enemies and an unseen force that

and position in Otherworld, threatening the loss of her life.

Ylva gently strokes and cups Simon's face. She *wraps her limbs around him* and *whispers* in his ear. Julian thinks she's going to make the kill. In one swift (cloaked) move, no one saw coming, Carol kills Simon's opponent, saving his life. A (child) creature is *temporarily dead*, but will soon transform into a more dangerous being. More creatures will be dispatched and won't stop in destroying Simon, and his mission.

Carol helps Simon escape. She tells him *she's done her part*, and many rely on him to succeed. Simon is the one to finish the mission. He must make a *sacrifice* and *go back to Otherworld* to find a way to liberate, and save unfortunate inhabitants controlled by Milo Yolkin. Carol willingly sacrifices her (avatar), and puts her life on the line so Simon can advance on his mission to find the Glacier, unite with Kat and eradicate Milo Yolkin.

**Book:**
"Listen to me, Simon. You're the one... I did my part. Now you're going to find a way...save...people who are the prisoners of Otherworld."
"My vision is blurred."

**Book:**
"You have to make the sacrifice. You have to go back.

The book ends on a cliff-hanger with Simon and Kat traveling through the vast barren landscape alongside their Otherworld guide, Bursara (aka: Clay Man). Sunset approaches and they must hurry to their next destination before nightfall. They are being followed by cloaked enemies and an unseen force that

watches over their journey. Rescued
and escorted to safety, they cross
the desert at their own peril. Dangers
still await them when they reach
their next destination.

watches over their journey. Rescued
and escorted to safety, they cross the
desert at their own peril. Dangers still
await them when they reach their
next destination.

## NOTABLE DIALOGUE & TEXT COMPARISONS
### Between The Intellectual Property and The Book Series

94.     Set forth below, are several excerpts of distinct character dialogue and
descriptive screenplay text that further indicates the more obvious similarities between
the infringing Book Series and Ms. Segal's Intellectual Property.

**Text Examples:**

| | |
|---|---|
| **Script/Treatment:**<br>**"The Journey begins."** | **Book:**<br>**"...where I began my Journey.**<br>Apparently that's where all Otherworld<br>adventures begin." |
| **Script:**<br>Mlle: **"Not all spirits are here to help..."**<br>"...some are disembodied souls...doomed<br>to harm others..."<br>**TREATMENT:** "...a phantasmic world<br>inhabited by hostile spirits."** | **Book:**<br>**"Some Elementals are helpful; many**<br>**are hostile..."** |
| **Script:**<br>"...altering...**near death experience...**<br>triggers her mind..."<br>"...matter of hours they...cross...paths**<br>and **enter Otherworld together."** | **Book:**<br>**"...a near-death experience...**<br>**I got to see her in Otherworld."** |
| **Script: Alethea** (Main Protagonist)<br>**"I used to imagine running away.** | **Book: Simon** (Main Protagonist)<br>**"I considered running away."** |
| **Script:**<br>**"This is Otherworld?"**<br>"What were you expecting?" | **Book:**<br>"...we're in *the* Otherworld?"<br>**"This is Otherworld?"** |
| **Script:**<br>"Finish what you started..."<br>"...**kept your ass alive."**<br>**This time you will succeed..."** | **Book:**<br>"My goal is to **keep him alive until**<br>his **mission** has been **completed."** |
| **Script:**<br>**"That is for me to decide. WHEN,**<br>**WHERE, and HOW!**<br>"...you **enjoyed your time** on the fringes?" | **Book:**<br>**"She decides who leaves...who stays."**<br>"...guests **have a chance to enjoy**<br>themselves..." |
| **Script:**<br>"Egon...**leans in** and **pinches his**<br>**cheek** hard."<br>"If you weren't such a prized jewel..." | **Book:**<br>"She **bends over** and **pinches** him<br>playfully on the **cheek.**<br>"Aww. You sweet little thing." |
| **Script:**<br>"Egon...with a **blood-stained grin..."** | **Book:**<br>"...**not in the mood** for fun and **games."** |

Perkowski Legal, PC<br>445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

| | |
|---|---|
| 1 | "**What do you have to say** for yourself?" |
| 2 | "…speed it up, Julian, **I'm not in the mood** for…guessing **games**…" |

"**So? What do you think?**
I can't help but **smile**…we might actually get the hell out of this place…"

**Script:**
"Hesitation and doubt creep in…
**he's come too far to give up.**
He takes his best guess…tracks down
…hall."

**Book:**
"**I've come too far** and seen too much to take no for an answer."
"…said she'd be waiting for me at the glacier."

**Script:**
"…Otto sees him…shouts."
"…**Charlatan runs into…pantry…**
takes cover behind…shelves…crouches in the dark and waits."
"Otto…creeps…**passes by…shelves.**"
"**Come out, come out, wherever you are?**"

**Book:**
"The **avatar runs past my hiding place,** then comes to a stop."
"**Come out, come out, wherever you are!**"
"I'm engaged in a battle…with some…guy who's never going to die."

**Script:**
"**Tell me, Julian. What is it you desire most?**"
"…**I'll take you** there myself."

**Book:**
"So **tell me what is it you desire most,**

…I will direct you to…realm…"

**Script:**
"**What do you want?**"
"Where are you taking me?

**Book:**
"**What do you want?**"
"…I need to get out of here."

**Script:**
"I'd rather die…here--now,
than be drained--disembodied."
"They're everywhere!"
"I don't want to get torn up
and fed to the Lepers."
"Come on, **GET IT OVER WITH!**"

**Book:**
"Hurry!" She urges.
**"Get it over with!**
…before one of these bloodthirsty assholes takes him out."

**Script:**
"You are with **one foot in the Fragmented World,** and **another is in Otherworld.**"

**Book:**
"…feels like a **foyer between two worlds**…"

**Script:**
"**Are you real? Is this really happening?**"
"**We are as real** as you believe, my dear."
"**…it is very real** for me."

**Book:**
"Yeah, but **you're not real are you?**"
"***Real?*** she answers."
"**Of course, I'm real.**"

**Script:**
"Alethea tries to keep up with the changing environment."
"**Everything is, as it is, and never what it seems.**"

**Book:**
"…but it is constantly changing."
**Nothing here is what it was originally meant to be."**

**Script:**
"**Charlatan sits on the ground**…against…wall.
"**I said, DON'T MOVE!**"
"**What the hell is wrong** with you?!"

**Book:**
"**None of them moves** a muscle.
"**Why are you sitting** there?
"**What the hell is going on** here?"

**Script:**

**Book:**

-72-

"...shakes...Shadow Walker's hat loose, revealing Julian's face.""
"Yes, how do you know?"
"I did not know.
Where did you come from?"

"The largest of the soldiers **removes his helmet, revealing his...**"
"**I didn't know...**"
"Where did you come from?
How did you...?

91.     Notably, memorable and unusual elements within The Intellectual Property, such as the following; a young woman waking at 11:11 pm with a silent scream from a nightmarish dream of being buried alive in a black box as it plummets into the earth, a young man discovering a hooded female with the face of a mirror as he stares at his own reflection standing naked and cold in an unfamiliar place, older-aged otherworldly guardian gangsters that make surprise visits, tote pistols and retrieve soggy cigarettes from a pool of water, a deadly gun shoot out on a tall staircase leading to a dead-end top-level with a dead body plunging over the railing onto the ground blood pouring from its body, a drunken detour taken to an exotic club with a female dancer that has extraordinary powers to transform and duplicate herself, and conjure a hallucinatory vision of familiar looking young woman in front of a mesmerized captive audience, an Otherworld creature (guide) that's half-man/half-animal with hollow eye sockets and hollow nose-bridge that carries a twisted walking stick and patiently waits in a barren desert landscape for an expected arrival, an evil blood-sucking entity that freely roams desolate terrains and wafts above the landscape seeking to violently attack, drain and discard its victims like shriveled up carcasses, cloaking flesh-eating creatures that control a dangerous foot toll-way above a canyon accepting payments for crossing in the form of tokens, trinkets, gifts or with flesh and bone, Otherworld inhabitants and dark agents that have the ability to cloak (and blend) into terrains and landscapes with camouflage suits before attacking and subduing their prey, a man's mangled body that's reduced to a pool of blood with a crumpled up souvenir that disappears into thin air after being drained by a wafting blood-sucking entity, a shocking and horrific reveal of a young boy fighting for his life disguised as a potential menacing foe, and the repeated use of the medical related terms such as "brain injury", "coma" and "locked-in" are, cumulatively, strong evidence that the

-73-

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

1    Intellectual Property exerted pervasive influence over the creation of the clearly

2    derivative Book Series. In addition, the overly repetitious use of Ms. Segal's

3    trademarked and copyrighted Intellectual Property title, *Otherworld*, documented, as

4    used, 244 times, from book cover to end page in the first installment of the Book

5    Series, and repeated use throughout the infringing Book Series.

6        92.    Based on the above, it is inescapable that the Book Series is an

7    unlicensed derivative work of the Ms. Segal's Intellectual Property, and that

8    Defendants have prepared, produced, copied, distributed, exploited, and/or authorized

9    others to prepare, produce, copy, distribute, or exploit the Intellectual Property in

10   violation of Plaintiff's copyrights and rights under copyright in the Intellectual

11   Property. Plaintiff is informed and believes and based thereon alleges that Defendants

12   will continue to prepare, produce, copy, distribute or exploit, and/or authorize others

13   to copy, distribute or exploit the infringing Book Series and ancillary derivative works

14   which copy and exploit the Intellectual Property in violation of the Copyright Act.

15   Plaintiff is likewise informed and believes and based thereon alleges that Defendants

16   have prepared and will distribute or exploit, and/or authorize others to prepare,

17   produce, copy, distribute or exploit the infringing Novelization and ancillary

18   derivative works which copy and exploit the Intellectual Property in violation of the

19   Copyright Act.

20       93. As a direct and proximate result of Defendants' actions Plaintiff will suffer

21   imminent and irreparable harm, much of which cannot be reasonably or adequately

22   measured or compensated in damages.

23       94. Plaintiff is informed and believes and based thereon alleges that much of the

24   popularity and acclaim that the Book Series has attracted is due to the original story,

25   elements, characters, and themes authored by Ms. Segal and exploited in the Book

26   Series, as well as the widespread false perception that the Book Series is an original

27   work. Plaintiff is therefore informed and believes and based thereon alleges that

28   Defendants' infringement of the Intellectual Property has generated substantial profits

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

-74-

for Defendants and has elevated the reputation and stature of Defendants and their officers, agents, employees, licensees and assigns, and/or persons acting in concert with them, involved in creating, financing, producing, and/or distributing the infringing Book Series.

### SUMMARY OF CLAIMS

1.     Section 32 of the Lanham Act (15 U.S.C. §1114) provides that subsequent unauthorized use of a valid and legally protectable mark in commerce in connection with the distribution, sale, offering for sale, or advertising of goods or services that is likely to cause consumer confusion constitutes trademark infringement.

2.     Registration of a mark on the Principal Register provides various benefits, including a constructive use date conferring a nationwide priority on or in connection with the goods or services specified in the registration as of the application filing date (see 15 U.S.C. §1057 (c)); and constructive notice of the registrant's ownership claim, as well as certain evidentiary benefits including prima facie evidence of the validity and registration of the mark, the registrant's ownership of the mark, and the registrants exclusive right to the use of the mark on or in connection with the goods or services specified in the registration. (see 15 U.S.C. §1071).

3.     Ms. Segal filed the application for said mark on March 11, 2015. Ms. Segal's later acquired registration is effective at least as of said initial filing date.

4.     The Defendants use of the infringing trademark post-dates the effective date of Ms. Segal's registration, and are therefore infringing and actionable.

5.     A party is liable for copyright infringement if it exercises an exclusive right of a copyright owner without authorization, pursuant to 17 U.S.C. §501(a). These rights include the rights to: (1) reproduce a copyrighted work: (2) prepare derivative works based on a copyrighted work; or (3) distribute a copyrighted work to the public (17 U.S.C. §106).

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

6.     Ms. Segal registered her work entitled "Otherworld Original Series" with the US Copyright Office on April 15, 2015 (Registration Number: TXu 1-985-200) and "Otherworld" on July 24, 2015 (Registration Number: TXu 1-987-801).

7.     Sophia Segal also retains a copyrighted Sound Recording (Registration Number: SRu000391021) dated August 8, 1998. Titled: Medium: Otherworld (created by Sophia Segal). Indicating the first use of "Otherworld" content used in original creative works connecting directly to Sophia Segal's "Otherworld Original Series."

8.     Ms. Segal also retains several Writers Guild Registrations for "Otherworld". WGA Registration numbers and dates are as follows; Reg. Number: 1655519 (Date: 5/27/13), Reg. Number: 1766514 (Date: 2/23/15), Reg. Number: 1300087 (Date: 4/21/17).

9.     Defendants are infringing upon said copyrights by borrowing extensively from Ms. Segal's Intellectual Property.  Furthermore, there is known public and private industry "access" to Ms. Segal's creative work and projects (in development) through multiple film industry and online channels (eg., The Black List, William Morris Endeavor Agency, Creative Artists Agency, IMDb.com, and Sophia Segal's main website: www.sophiasegal.com).

## CLAIM ONE

### (For Trademark Infringement)

10.     Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth here.

11.     Plaintiff is the owner of the OTHERWORLD trademark named above in this Complaint.

12.     Defendants' use of "Otherworld" on their works constitutes knowing, deliberate, and willful infringement of Plaintiff's trademark under the Lanham Act.

13.     Defendants' use of "Otherworld" is likely to cause confusion in the relevant consuming public as to the source or origin of Plaintiff's work and Defendants' works.

-76-

COMPLAINT

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

14. As a direct result of Defendants' infringement, Plaintiff has been damaged.

15. Plaintiff is entitled to damages, injunctive, and other relief resulting from Defendants' infringement.

## CLAIM TWO

### (For Copyright Infringement)

16. Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth here.

17. Plaintiff is the author and copyright owner of the works named above in this Complaint.

18. Defendants have reproduced, displayed, distributed, or otherwise copied Plaintiff's copyrighted works without Plaintiff's authorization or license.

19. The foregoing acts of Defendants infringed upon the exclusive rights granted to authors under 17 U.S.C. § 106 to display, reproduce, and distribute their work to the public. Such actions and conduct constitute copyright infringement in violation of 17 U.S.C. §§ 501 et seq.

20. Plaintiff has complied in all respects with 17 U.S.C §§ 101 et seq. and secured and registered the exclusive rights and privileges in and to the copyrights of the above-referenced works in accordance with 17 U.S.C § 408.

21. Plaintiff suffered damages as a result of Defendants' unauthorized use of the works.

22. Having timely registered his copyright in the works, Plaintiff is entitled to elect statutory damages under 17 U.S.C. § 412 and § 504(c), in an amount of not less than $750 or more than $30,000 per infringement of each work registered before the infringements.

23. Plaintiff alleges, on information and belief, that Defendants acted recklessly or with knowledge of Plaintiff's copyrights, and such supports an award of

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

1  enhanced statutory damages for willful infringement under the Copyright Act, 17
2  U.S.C. § 504(c)(2), in the sum of up to $150,000 per infringed work.
3      24.    In the alternative, Plaintiff is entitled to recovery of her actual damages
4  and Defendants' profits attributable to the infringement of the works, under 17 U.S.C.
5  § 504(b).
6      25.    Within the time permitted by law, Plaintiff will make her election
7  between actual damages and profit disgorgement, or statutory damages.
8      26.    Plaintiff is also entitled to a discretionary award of attorney fees under 17
9  U.S.C. § 412 and § 505.

**PRAYER FOR RELIEF**

11  **WHEREFORE**, plaintiff requests the following
12      A.    For a preliminary and permanent injunction against defendants and
13  anyone working in concert with them from further copying, displaying, distributing,
14  selling, or offering to sell their infringing works described in the Complaint;
15      B.    For an order requiring defendants to account to plaintiff for their profits
16  and any damages sustained by plaintiff arising from the acts of infringement;
17      C.    As permitted under 17 U.S.C. § 503, for impoundment of all copies of
18  the Photograph used in violation of plaintiff's copyrights—including digital copies or
19  any other means by which they could be used again by defendants without plaintiff's
20  authorization—as well as all related records and documents;
21      D.    For actual damages and all profits derived from the unauthorized use of
22  plaintiff's works or, where applicable and at plaintiff's election, statutory damages.
23      E.    For an award of pre-judgment interest as allowed by law;
24      F.    For attorney fees and costs, and all other amounts authorized under law.
25      H.    For such other and further relief as the Court deems just and proper.

**JURY DEMAND**

27  Plaintiff demands a trial by jury of all issues permitted by law.

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT

1    Dated: October 22, 2020                    Respectfully submitted,

2

3                                               By: _____
                                                    Sophia Segal

4                                               Plaintiff pro se

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Perkowski Legal, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071

COMPLAINT