Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiff
SOPHIA SEGAL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SOPHIA SEGAL,<br><br>    *Plaintiff*,<br><br>v.<br><br>JASON SEGEL et al.,<br><br>    *Defendants*. | Case No.: 2:20-cv-1382 BAS JLB<br><br>*Hon. Cynthia A. Bashant*<br><br>NOTICE OF MOTION AND CONSENTED TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF SOHPIA SEGAL<br><br>Hearing date:    July 6, 2021<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
|---|---|

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

    Under Civil Local Rule 83.3(f)(3) of the Southern District of California and in compliance with Civil Local Rule 83.4 and Rules 1.6 and 1.16 of the California Rules of Professional Conduct, Perkowski Legal, PC ("Movant") respectfully moves this court to permit the law firm's withdrawal as counsel for Plaintiff Sophia Segal.

    Plaintiff has been informed of this motion and provided a copy of the motion before filing. Movant is informed that Plaintiff consents to Movant's withdrawal.

    This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the concurrently filed declaration of Peter Perkowski, the pleadings and papers on file in this action, any matters of which the

court may take judicial notice, and any other argument presented at or before the hearing.

This motion is made following the conference of counsel that took place on May 26, 2021. Movant is informed that defendants oppose the motion.

Dated:  June 2, 2021    Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
      Peter E. Perkowski

Attorneys for Plaintiff
SOPHIA SEGAL