Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiff
SOPHIA SEGAL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA SEGAL,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>JASON SEGEL et al.,<br><br>　　　　*Defendants*. | Case No.: 2:20-cv-1382 BAS JLB<br><br>*Hon. Cynthia A. Bashant*<br><br>DECLARATION OF PETER PERKOWSKI IN SUPPORT OF PERKOWSKI LEGAL, PC'S CONSENTED TO MOTION TO WITHDRAW<br><br>Hearing date:　　July 6, 2021<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, Peter Perkowski, declare:

1. I am the founding attorney for Perkowski Legal, PC, a professional law firm ("Movant"), counsel for Plaintiff Sophia Segal. I am licensed to practice law in the State of California and admitted to the U.S. District Court for the Southern District of California.

2. I make this declaration in support of Movant's motion to withdraw based on my personal knowledge as an attorney who has provided substantial services for Ms. Segal in the present case.

3. Over the course of several conversations with Ms. Segal regarding strategy and other matters, I have come to conclude that Ms. Segal and I are unable to agree on fundamental issues about how her case should move forward.

4. On May 4, 2021, during a phone conversation with Mr. Segal, I perceived continued distrust from Ms. Segal in my decisionmaking and recommendations and dissatisfaction in my proposed course of proceeding. Ultimately, I concluded that I could no longer represent Ms. Segal to the best of my ability. I informed Ms. Segal of my desire to withdraw and that I believed she would be better served by engaging different counsel.

5. On another call with Ms. Segal on May 6, 2021, I perceived further confirmation that she had lost faith in my ability to her represent her. Based on that conversation, I came to believe that Ms. Segal had accepted it was in her best interest to retain new counsel.

6. On May 10, 2021, I sent a disengagement letter to Ms. Segal's email address indicating Perkowski Legal, PC's intent to withdraw and suggesting to Ms. Segal that she retain new counsel. Since this letter, I have engaged in further conversations with Ms. Segal regarding her search for new counsel for her case.

7. On or about May 25, 2021, I provided Ms. Segal with a copy of this declaration, the motion it supports, and the memorandum in support of the motion. After reviewing the motion, Ms. Segal indicated to me that she consents to the withdrawal.

8. The Court issued a scheduling order in this matter on May 10, 2021, and the parties have just started discovery. Although there are deadlines scheduled, there has been and is ample time for Ms. Segal to secure new counsel, and there are no urgent matters requiring an attorney's attention.

9. I properly served the accompanying notice and memorandum on Ms. Segal and the Defendants via email concurrently with filing this motion.

I declare under penalty of perjury of the laws of the State of California that these statements are true and correct and based in my personal knowledge.

Dated: May 24, 2021

      /s/ Peter Perkowski
      Peter Perkowski