**DECLARATION OF MARLENE RIOS**

I, Marlene Rios, declare as follows:

1. I am an employee of the law firm Jassy Vick Carolan LLP, counsel of record for Defendants Jason Segel, The Jason Segel Company and Penguin Random House LLC (erroneously sued as Random House LLC) (referred to collectively herein as "Defendants") in the matter of *Segal v. Segel*, United States District Court for the Southern District of California, Case No. 20-cv-01382-BAS-JLB. Unless otherwise stated, I have personal knowledge of the following facts, and matters stated on information and belief I believe to be true.

2. On April 26, 2021, I contacted First Legal, a legal services vendor, for assistance in obtaining a copy of the deposit copy submitted to the U.S. Copyright Office in connection with the application for Copyright Registration Number TXu 1-985-200. First Legal informed me on April 27, 2021 that it had submitted the request to the Copyright Office in Washington, D.C.

3. On June 8, 2021, I received the Copy of Deposit for Copyright Registration Number TXu 1-985-200 at the Jassy Vick Carolan LLP offices at 800 Wilshire Blvd., Suite 800, Los Angeles, California 90017. The Copyright Office provided 112 files on a USB "thumb drive."

4. Exhibit 1, submitted concurrently with this Declaration, is a printout of one of the 112 files contained on the USB thumb drive I received from the Copyright Office, bearing the file name "1-2305987114-20150415-153002-0-6660320-AD80E-otherworld_bysophiasegal_final_draft_11_3_2_13_new_revisededit_6_4_12_15__added_p.plant_actionseq_episode1_thegateway_email_wga__s_copy," and with the first page of the document titled, "<u>Otherworld</u> (The Gateway), Episode I, Written by Sophia Segal." I am informed and believe this is a copy of the script at issue ("Otherworld (The Gateway)") referenced throughout Plaintiff's First Amended Complaint ("FAC") (Dkt. 8), as alleged and described in paragraphs 28, 19, 40, and 93 (among others) of the FAC.

5. The files I received from the Copyright Office contained multiple identical versions of two different drafts of Plaintiff's script: one dated March 2, 2013, and one bearing a revision date of February 23, 2015. I selected a copy of the script bearing the February 23, 2015, revision date for inclusion as Exhibit 1 because it is the most recent version included in the files I received from the Copyright Office.

6. Exhibit 2, submitted concurrently with this Declaration, is a printout of one of the 112 files contained on the USB thumb drive I received from the Copyright Office, bearing the file name "1-2305987114-20150415-153002-6-6680816-4E500-otherworld_teaserpacket_bysophiasegal_2015_copyrightcopy_4.15.15_revised_2," with the first page of the document titled, "OTHERWORLD Teaser Packet." I am informed and believe this is a copy of the treatment or so-called *Otherworld Teaser* at issue in Plaintiff's FAC ("Otherworld (The Gateway)"), as alleged and described in paragraphs 28, 19, 40, and 93 (among others) of the FAC.

7. On May 13, 2021, I placed an online order via Amazon.com for copies of the book *Otherworld: Last Reality* by Jason Segel and Kirsten Miller, to be shipped from Amazon's stock. I personally received the copies of the book shipped from Amazon. Exhibit 3, lodged concurrently with this Declaration, is an original of the book *Otherworld: Last Reality* by Jason Segel and Kirsten Miller that I ordered from Amazon on May 13, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, 2021, at Los Angeles County, California.

_____
Marlene Rios